UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09 B 41755 |
| | ) | |
| VENTANA HILLS ASSOCIATES, LTD., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO WILLIAM E. HUML & CO., LTD., ACCOUNTANTS FOR DEBTOR, ALLOWANCE AND PAYMENT OF THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 163]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 14,059.50 | TOTAL COSTS REQUESTED: | $ 0 |
| TOTAL FEES REDUCED: | $      85.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 13,974.50 | TOTAL COSTS ALLOWED: | $ 0 |

**TOTAL FEES AND COSTS ALLOWED:   $ 13,974.50**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(4)   Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

(5)     **Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

IT IS SO ORDERED.

ENTERED:

Date:  SEP 1 6 2010

PAMELA S. HOLLIS
United States Bankruptcy Judge

### EXHIBIT A
### FEE PETITION - WILLIAM E. HUML & COMPANY, LTD.
### VENTANA HILLS ASSOCIATES, LTD.
### GENERAL ADMINISTRATION

| Staff | Date | Description of work performed | Hours | |
|---|---|---|---|---|
| Landry,Ron | 06/30/2010 | A - Run financial statement reporting for preparation of tax returns; email to debtor accordingly | 0.30 | |
| Kolb,Karen | 07/01/2010 | A - update daily cash receipts into spreadsheets; update variance reports with this | 0.40 | |
| Kolb,Karen | 07/01/2010 | A - review weekly invoices and post in system | 0.40 | |
| Landry,Ron | 07/01/2010 | A - Make year end journal entries to correct cash basis statement for the preparation of 1065 partnership return; run reporting for income statement and capital expenditures | 0.80 | |
| Huml,Willi | 07/06/2010 | A - Preparation of a corrected US Trustee Quartely fee statement dated as of June 30,2010 | 0.20 | |
| Kolb,Karen | 07/06/2010 | A - prepare trustee reports reflecting monthend date 6/30/10 instead of 6/25/10 | 1.50 | |
| Kolb,Karen | 07/07/2010 | A - review invoices for the week and post in system | 0.40 | |
| Kolb,Karen | 07/07/2010 | A - compare invoices to budgeted items and select; cut checks and match to appropriate invoices | 1.00 | |
| Huml,Willi | 07/08/2010 | A - Reviewed the 6-30-10 monthly report of activity, Compiled the documents for Ivan Djurin to sign and after the documets were signed emailed them to the attorney. | 0.70 | |
| Kolb,Karen | 07/08/2010 | A - update weekly cash receipts into spreadsheets | 0.60 | |
| Kolb,Karen | 07/12/2010 | A - review weekly invoices and post into system | 0.30 | |
| Kolb,Karen | 07/12/2010 | A - update weekend cash receipts into spreadsheets | 0.40 | |
| Kolb,Karen | 07/12/2010 | A - prepare list of open payables; compare to budgeted items; cut checks and match to appropriate invoices | 0.50 | |
| Kolb,Karen | 07/13/2010 | A - update daily cash reciepts into spreadsheets | 0.30 | |
| Kolb,Karen | 07/13/2010 | A - transfer money to cover security deposit checks cut this week | 0.30 | |
| Kolb,Karen | 07/13/2010 | A - prepare and enter journal entry for this week's payroll | 0.50 | |
| Landry,Ron | 07/13/2010 | A - Review and sign all payable checks | 0.30 | |
| Kolb,Karen | 07/14/2010 | A - update daily cash receipts into spreadsheets | 0.30 | |
| Kolb,Karen | 07/14/2010 | A - review weekly invoices and post in system | 0.40 | |
| Kolb,Karen | 07/14/2010 | A - reconcile all general ledger accounts for the month of June; print final June financial statements | 0.40 | |
| Kolb,Karen | 07/15/2010 | A - update daily cash receipts into spreadsheets | 0.30 | (5) |
| Kolb,Karen | 07/15/2010 | A - update daily cash receipts into spreadsheets | 0.30 | (-$21.00) |
| Kolb,Karen | 07/15/2010 | A - enter payroll into variance report; balance variance report to weekly cash spreadsheets | 0.30 | |
| Kolb,Karen | 07/19/2010 | A - review all invoices for the week and post in system | 0.40 | |
| Kolb,Karen | 07/19/2010 | A - prepare list of open payables and compare to budgeted items; cut checks and match to appropriate invoices | 1.00 | |
| Kolb,Karen | 07/19/2010 | A - update weekend cash receipts into spreadsheets | 0.40 | |
| Landry,Ron | 07/19/2010 | A - Prepare wire transfer for adequate protection payment to Anglo Irish | 0.20 | |
| Landry,Ron | 07/19/2010 | A - Review and sign payment checks | 0.20 | |
| Kolb,Karen | 07/20/2010 | A - prepare and file tax return for quarterly Local Services Tax | 0.50 | |
| Kolb,Karen | 07/20/2010 | A - update daily cash receipts into spreadsheets | 0.30 | |
| Landry,Ron | 07/20/2010 | A - Make notations on the intercompany checks to be deposited at property | 0.10 | |
| Landry,Ron | 07/20/2010 | A - Review and make journal entries for year end in preparation of the 1065 Income Tax return; print financial statements | 0.40 | |
| Kolb,Karen | 07/21/2010 | A - update daily cash receipts into spreadsheets | 0.30 | |

# EXHIBIT B
## FEE PETITION - WILLIAM E. HUML & COMPANY, LTD.
## VENTANA HILLS ASSOCIATES, LTD.
## CASH COLLATERAL

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Landry,Ron | 05/05/2010 | B - Discussions relating to the final 5 weeks of the budget due to the tremendous increase in leased units; vendor issues with not paying within their terms | 0.40 |
| Landry,Ron | 05/05/2010 | B - Prepare a new 5-week budget for the increased revenue detailing the overages in certain line items in order to turn the apartments over | 2.10 |
| Landry,Ron | 05/06/2010 | B - Send 5-week forecast .pdf to attorney Fimoff for review; Prepare file in Excel to include the 9-week forecast for the property; send to Grant Thornton as requested | 0.50 |
| Landry,Ron | 05/07/2010 | B - Preparation of the US Trustee reporting for month ending 4/23/10 | 1.70 |
| Landry,Ron | 05/07/2010 | B - Revise the 9-week budget to include the first 4-week of actual; respond to the email from Rahul at Grant Thornton and send the Excel file accordingly | 0.80 |
| Landry,Ron | 05/10/2010 | B - Prepare weekly variance report for debtor and Grant Thornton for week ending 5/8/10 | 1.20 |
| Landry,Ron | 05/11/2010 | B - Review and send Rent Rolls as of 5/1/10 both in .pdf and Excel to Grant Thornton | 0.20 |
| Landry,Ron | 05/11/2010 | B - Initiate wire transfer to Anglo Irish and MATR | 0.20 |
| Landry,Ron | 05/14/2010 | B - Prepare weekly actual vs. forecast variance report | 1.30 |
| Landry,Ron | 05/17/2010 | B - Meet with debtor, Ivan Djurin, regarding the variance reporting for week ending 5/15 | 0.80 |
| Landry,Ron | 05/19/2010 | B - Prepare new Excel templates for managers for a new 13-week budget for periods 6/12 through 9/4; email accordingly | 0.40 |
| Kolb,Karen | 05/20/2010 | B - prepare weekly variance report of all expenses for the week | 0.40 |
| Landry,Ron | 05/24/2010 | B - Preparation of the variance analysis for week ending 5/29; send to debtor for review and approval | 0.90 |
| Landry,Ron | 05/24/2010 | B - Review open payables and compare to weekly and cumulative budgets to select invoices to pay; request approval on those that did not have sufficient budget amounts | 0.60 |
| Landry,Ron | 05/25/2010 | B - Begin review of new 13-week cash budget; discuss with manager, Dave Storer | 0.40 |
| Landry,Ron | 05/26/2010 | B - Begin preparation of variance report for week ending 5/29 | 0.80 |
| Landry,Ron | 05/26/2010 | B - Review first look at the Ventana new 13-week budget from 6/12 through 9/4; make recommendations and revisions for changes | 0.90 |
| Landry,Ron | 05/28/2010 | B - Final preparation of week ending 5/29 variance reporting | 0.90 |
| Landry,Ron | 06/01/2010 | B - Review open payables and compare to budgeted amounts; select invoices to pay; request ability to go over budget on certain line items -- sent email to attorney, R. Fimoff | 0.70 |
| Landry,Ron | 06/03/2010 | B - Final review of Ventana's 13-week budget subsequent to changes made by managers; make changes as noted into the weekly columns; insert payments made for US Quarterly fees and Real Estate Tax escrow | 0.80 |
| Landry,Ron | 06/03/2010 | B - Initiate Anglo Irish wire transfer for $117,000 | 0.30 |
| Landry,Ron | 06/04/2010 | onto the debtor and attorney   (-$64.00)   (4) | 0.40 |
| Landry,Ron | 06/04/2010 | B - Prepare the weekly variance report for all involved parties for week ending 6/5 | 0.80 |
| Landry,Ron | 06/04/2010 | B - Update beginning cash balance for new 13-week budget for period 6/12 to 9/4; send to Ivan Djurin for final approval | 0.20 |
| Landry,Ron | 06/07/2010 | B - Review open payables and select payments to be made based on budget for week ending 6/12 | 0.80 |
| Landry,Ron | 06/09/2010 | B - Email Rahul Uppal from Grant Thornton the new 13 week budgets and an updated Rent Roll in Excel format | 0.60 |
| Landry,Ron | 06/09/2010 | B - Prepare interim bank reconciliation for Grant Thornton tying out the beginning cash balance of the new 13-week budget as requested by Rahul Uppal | 1.10 |