IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 09-41755 |
| ) | Chapter 11 |
| VENTANA HILLS ASSOCIATES, LTD. ) | Hon. Pamela S. Hollis |
| an Ohio limited partnership, ) | (substantively consolidated) |
| ) | Hearing Date: September 20, 2011 |
| ) | Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

DEBTOR'S MOTION FOR FINAL DECREE PURSUANT TO FED. R. BANKR. P. 3022

*Copies of the Motion are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

                                                    **Robbins, Salomon & Patt, Ltd.**

                                                    By:   /s/Richard H. Fimoff
                                                                Richard H. Fimoff

RICHARD H. FIMOFF (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

G08125

## CERTIFICATE OF SERVICE

    Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon Patrick S. Layng, U.S. Trustee and Anglo Irish Bank Mortgage c/o Bryan Cave Law Firm, via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system or, in the case of the Debtor's Unsecured Creditors (see list below), by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on the 30th day of August, 2011.

/s/Richard H. Fimoff

G08125

Leslie Allen Bayles    leslie.bayles@bryancave.com
Abraham Brustein    abrustein@dimonteandlizak.com
Devon J Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
Joseph D Frank    jfrank@fgllp.com,
ccarpenter@fgllp.com;knewman@menterlaw.com;jkleinman@fgllp.com
Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
Ira P Goldberg    igoldberg@dimontelaw.com, dbecker@dimontelaw.com
Aaron L Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
Steve Jakubowski    sjakubowski@colemanlawfirm.com
Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Patrick S. Layng    USTPRegion11.ES.ECF@usdoj.gov
Eric S. Prezant    eric.prezant@bryancave.com
Julia Jensen Smolka    jjensen@dimonteandlizak.com

Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

G08125

Randal Dawson
311 S. Wacker, Suite 600
Chicago, IL 60606

Goldberg, Kamin & Garvin LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-9101

David A Wolf
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6101

Allegheny County, PA
John Weinstein
Room 108, Court House
Pittsburgh, PA  15219-2497

Allegheny Pest Control
P.O. Box 783
Jefferson Hills, PA  15025

Anglo Irish Bank
c/o BryanCave
161 N. Clark St. Ste 4300
Chicago, IL  60601

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA  30384-2168
Apartments.com/Classified Vent
2563 Collection Center Drive
Chicago, IL  60693

Assurance Agency Ltd.
PO Box 66056
Chicago, IL  60666-0056

Assurant Health
501 West Michigan

G08125

Attn: Dawn Spartz
Milwaukee, WI 53203

Best Karpet Klean - Pittsburgh
1477 E. 357th Street
Eastlake, OH 44095

Cauley Security Services
5777 Baum Blvd.
Pittsburgh, PA 15206-3745

Coatsworth Painting
117 Hoffman Road
Zelienople, PA 16066

Cort Business Services
1201 Brighton Road
Pittsburgh, PA 15233

County of Allegheny, PA
c\o John Weinstein
Room 108, Court House
Pittsburgh, PA 15219-2497

Crystal and Hinckley Springs
6750 Discovery Blvd.
Attn: Anika Johnson
Mableton, GA 30126

Delaney
P.O. Box 325
Sturgeon, PA 15082

Doggie Walk Bags, Inc.
P.O. Box 228
Balboa Island, CA 92662

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA 15222-4719

Firedex

G08125

9133 Marshall Road
Cranberry Townsh, PA  16066

Floor Designs Unlimited LLC
3330 Library Road
Pittsburgh, PA  15234

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL  60675-1705

For Rent Magazine
c/o United Advertising Publica
18943 - 120th Avenue N.E. #101
Bothell, WA  98011

Ford Business Machines Inc.
700 Laurel Drive
Attn:  Angie
Connellsville, PA  15425

G&G Fitness Equipment Inc.
7350 Transit Road
Williamsville, NY  14221

General Electric Co.
Dhaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

General Electric Co.
PO Box 640506
Pittsburgh, PA  15264-0506

General Electric-Atlanta
Dhaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

G08125

Grainger
7300 N. Melvina
Dept. Mes17
Niles, IL  60714

Guardian Protection Services
174 Thorn Hill Road
Warrendale, PA  15086

HD Supply Facilities Maint.
PO Box 509058
San Diego, CA  92150-9058

Henry Frohling
353 Birch Avenue
Pittsburgh, PA  15228

Illustratus
8455 Lenexa Drive
Overland Park, KS  66214

InterTech Security of PA
1501 Preble Avenue
Suite 6
Pittsburgh, PA  15233-2248

Ivan Djurin
c\o North Street Properties
100N. Field Dr., Ste 110
Lake Forest, IL  60045-0000

Jeffrey P. Myers
17025 Perry Highway
Warrendale, PA  15086-7547

JML Landscape Management
978 Route 910
Pittsburgh, PA  15238

Kurtanich
3001 Fallbrook Drive
Moon Township, PA  15108

G08125

Leaf
PO Box 644006
Cincinnati, OH  45264

Lifelink-Intertech
1501 Preble Avenue
Suite 6
Pittsburgh, PA  15233

Lisa Swazuk
148 Owendale Avenue
Pittsburgh, PA  15227

Mongiovi & Son Plumbing
190 Bilmar Drive
Suite 100
Pittsburgh, PA  15205

Montour School District
c\o Jordan Tax Service
102 Rahway Road
McMurray, PA  15317-3349

Move Sales, Inc.
P.O. Box 4455,
ATTN Accts Recv
Scottdale, AZ  85281

Mt. Lebonon Awning Company
P.O. Box 27
Presto, PA  15142

Muzak
1711 Douglass Drive
Pittsburgh, PA  15221

National Apartment Association
PO Box 75219
Baltimore, MD  21275

National City Credit Card

G08125

P.O. Box 856176
Louisville, KY  40285

North Street Properties Inc.
100 Field Drive, #110
Lake Forest, IL  60045-0000

Overhead Door Company
400 Poplar Street
Pittsburgh, PA  15223

Painting Pro
 RRI Box 180
Moundsville, WV  26041

Premier Safety & Service, Inc.
2 Industrial Park Drive
Oakdale, PA  15071

Quill Corporation
PO Box 37600
Philadelphia, PA  19101

Rent.com
Payment Cnt, Department 1987
Los Angeles, CA  90084

Residential Data, Inc.
c/o LexisNexis
P. O. Box 7247-7782
Philadelphia, PA  19170-7782

Robinson Twp-Allegheny County
c/o David A. Wolf, Esq.
1806 Frick Building, 437 Grant
Pittsburgh, PA  15219-6101

Sherwin Williams Co.
1096 Washington Pike
Bridgeville, PA  15017

C&T Cleaning Company

G08125

c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Cauley Security Services
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Rental Guide
2699 White Road, Suite 255
c/o Tammy Garza/Scott August
Irvine, CA  92614

Trautman Window Cleaning
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Steratore Sanitary Supply
PO Box 16
Washington, PA  15301

Township of Robinson
PO Box 15539
Pittsburgh, PA  15244

Township of Robinson Police
1000 Church Hill Road
Pittsburgh, PA  15205

US Abe Uniform & Clothing
807 E. Carson Street
Pittsburgh, PA  15203

US Power Wash
807 East Carson Street
Pittsburgh, PA  15203

Ventana Hills Associates, Ltd.
c\o North Street Properties
100 North Field Drive, #110

G08125

Lake Forest, IL  60045-1694

Waste Management
Bankruptcy Dept.
2625 West Grandview, Ste. 210
Phoenix, AZ  85023

Western Pennsylvania Apartment
PO Box 3165
Pittsburgh, PA  15230

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA  30384-2168

G08125

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| VENTANA HILLS ASSOCIATES, LTD. ) | |
| an Ohio limited partnership, and VENTANA ) | Case No. 09-41755 |
| HILLS PHASE II, L.P., an Ohio limited ) | Hon. Pamela S. Hollis |
| partnership ) | (substantively consolidated) |
| ) | |

### DEBTOR'S MOTION FOR FINAL DECREE
### PURSUANT TO FED. R. BANKR. P. 3022

Now comes Ventana Hills Apartments, LLC, the reorganized debtor herein and respectfully represents and requests that this Court enter a final decree herein, and in support thereof, states as follows:

1. On November 3, 2009, Ventana Hills Associates, Ltd., and Ventana Hills Phase II, L.P, commenced these cases by filing their voluntary petitions [docket no. 1]

2. That July 21, 2011 this Court signed an order confirming the Joint Plan of Reorganization propounded by the debtors and Anglo Irish Bank Corporation [docket no. 347], which order has now become final.

3. That substantial consummation of the plan as contemplated in 11 U.S.C. §§1127(b) and 1101(2) has occurred.

4. That the following factors have occurred:

    a. property proposed by the plan to be transferred has been transferred;
    b. the organizational restructuring of the reorganized debtor under the plan has been completed;

G07755

c. new secured lending documentation under the plan has been executed;

d. the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan and has employed a CRO as provided under the plan;

e. payments of real estate taxes under the plan have been made;

f. payments to be made under the plan have commenced; and,

g. all motions, contested matters, and adversary proceedings have been resolved.

5. That Reorganized Debtor is prepared to pay all outstanding fees to the U. S. Trustee.

6. That Reorganized Debtor submits that that the Joint Plan has been substantially consummated and all factors necessary for the entry of a final decree as contemplated in Fed. R. Bankr. P. 3002 have occurred.

WHEREFORE, Ventana Hills Apartments, LLC, reorganized debtor herein respectfully requests that this Court enter:

1. a final decree herein;
2. an order directing that upon payment of all outstanding fees to the U. S. Trustee this estate be closed; and,
3. an order containing such further provisions as may be equitable or appropriate.

Respectfully submitted,

**Ventana Hills Apartments, LLC**

BY: /s/ Richard H. Fimoff
One of its attorneys

Richard H. Fimoff (Atty No. 804886)
Robbins, Salomon,& Patt, Ltd.
25 East Washington Street-Suite 1000
Chicago, Illinois 60602
(312) 782-9000
Attorney for Debtors/Reorganized Debtor

G07755