## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 09-41755** |
| | ) | **Chapter 11** |
| **VENTANA HILLS ASSOCIATES, LTD.** | ) | **Hon. Pamela S. Hollis** |
| **an Ohio limited partnership,** | ) | **(substantively consolidated)** |
| | ) | **Hearing Date: September 20, 2011** |
| | ) | **Hearing Time: 10:00 a.m.** |
| | ) | |

## AMENDED
## NOTICE OF MOTION

TO:     See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

(a)     Eighth and Final Application of Robbins, Salomon & Patt, Ltd., as Attorneys for the Debtor and Debtor in Possession from November 4, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $352,694.35 and Reimbursement of Expenses of $9,666.90 of which $290,442.85 for fee has been previously paid and $5,089.13 for expenses has previously been paid leaving a balance due of $62,251.50 for professional fees provided and $4,577.77 for expenses incurred;

(b)     Seventh and Final Application of William E. Huml & Company, Ltd., as Accountant for the Debtor and Debtor in Possession from November 3, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $81,208.90, of which $74,608.90 have previously been paid and Reimbursement of Expenses of $476.35, of which $356.15 has previously been paid, leaving an amount unpaid of $6,600.00 as Payment of Compensation and $120.20 as Reimbursement of Expenses;

*Copies of Robbins, Salomon & Patt, Ltd.'s and William E. Huml & Company, Ltd.'s fee petitions are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

                                        **Robbins, Salomon & Patt, Ltd.**


                                        By:     /s/Richard H. Fimoff
                                                Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

F2628502

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon Patrick S. Layng, U.S. Trustee and Anglo Irish Bank Mortgage c/o Bryan Cave Law Firm, via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system or, in the case of the Debtor's Unsecured Creditors (see list below), by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on the 26th day of August, 2011.

/s/Richard H. Fimoff

Leslie Allen Bayles    leslie.bayles@bryancave.com
Abraham Brustein    abrustein@dimonteandlizak.com
Devon J Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
Joseph D Frank    jfrank@fgllp.com,
ccarpenter@fgllp.com;knewman@menterlaw.com;jkleinman@fgllp.com
Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
Ira P Goldberg    igoldberg@dimontelaw.com, dbecker@dimontelaw.com
Aaron L Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
Steve Jakubowski    sjakubowski@colemanlawfirm.com
Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Patrick S. Layng    USTPRegion11.ES.ECF@usdoj.gov
Eric S. Prezant    eric.prezant@bryancave.com
Julia Jensen Smolka    jjensen@dimonteandlizak.com

Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Randal Dawson
311 S. Wacker, Suite 600
Chicago, IL 60606

Goldberg, Kamin & Garvin LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-9101

David A Wolf
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6101

Allegheny County, PA
John Weinstein

Room 108, Court House
Pittsburgh, PA 15219-2497

Allegheny Pest Control
P.O. Box 783
Jefferson Hills, PA 15025

Anglo Irish Bank
c/o BryanCave
161 N. Clark St. Ste 4300
Chicago, IL 60601

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA 30384-2168

FZ628502

Apartments.com/Classified Vent
2563 Collection Center Drive
Chicago, IL  60693

Assurance Agency Ltd.
PO Box 66056
Chicago, IL  60666-0056

Assurant Health
501 West Michigan
Attn:  Dawn Spartz
Milwaukee, WI  53203

Best Karpet Klean - Pittsburgh
1477 E. 357th Street
Eastlake, OH  44095

Cauley Security Services
5777 Baum Blvd.
Pittsburgh, PA  15206-3745

Coatsworth Painting
117 Hoffman Road
Zelienople, PA  16066

Cort Business Services
1201 Brighton Road
Pittsburgh, PA  15233

County of Allegheny, PA
c\o John Weinstein
Room 108, Court House
Pittsburgh, PA  15219-2497

Crystal and Hinckley Springs
6750 Discovery Blvd.
Attn: Anika Johnson
Mableton, GA  30126

Delaney
P.O. Box 325
Sturgeon, PA  15082

Doggie Walk Bags, Inc.
P.O. Box 228
Balboa Island, CA  92662

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA  15222-4719

Firedex
9133 Marshall Road
Cranberry Townsh, PA  16066

Floor Designs Unlimited LLC
3330 Library Road
Pittsburgh, PA  15234

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL  60675-1705

For Rent Magazine
c/o United Advertising Publica
18943 - 120th Avenue N.E. #101
Bothell, WA  98011

Ford Business Machines Inc.
700 Laurel Drive
Attn:  Angie
Connellsville, PA  15425

G&G Fitness Equipment Inc.
7350 Transit Road
Williamsville, NY  14221

General Electric Co.
Dhaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

General Electric Co.
PO Box 640506
Pittsburgh, PA  15264-0506

General Electric-Atlanta
Dhaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

FZ628502

Grainger
7300 N. Melvina
Dept. Mes17
Niles, IL  60714

Guardian Protection Services
174 Thorn Hill Road
Warrendale, PA  15086

HD Supply Facilities Maint.
PO Box 509058
San Diego, CA  92150-9058

Henry Frohling
353 Birch Avenue
Pittsburgh, PA  15228

Illustratus
8455 Lenexa Drive
Overland Park, KS  66214

InterTech Security of PA
1501 Preble Avenue
Suite 6
Pittsburgh, PA  15233-2248

Ivan Djurin
c\o North Street Properties
100N. Field Dr., Ste 110
Lake Forest, IL  60045-0000

Jeffrey P. Myers
17025 Perry Highway
Warrendale, PA  15086-7547

JML Landscape Management
978 Route 910
Pittsburgh, PA  15238

Kurtanich
3001 Fallbrook Drive
Moon Township, PA  15108

Leaf
PO Box 644006
Cincinnati, OH  45264

Lifelink-Intertech
1501 Preble Avenue
Suite 6
Pittsburgh, PA  15233

Lisa Swazuk
148 Owendale Avenue
Pittsburgh, PA  15227

Mongiovi & Son Plumbing
190 Bilmar Drive
Suite 100
Pittsburgh, PA  15205

Montour School District
c\o Jordan Tax Service
102 Rahway Road
McMurray, PA  15317-3349

Move Sales, Inc.
P.O. Box 4455,
ATTN Accts Recv
Scottdale, AZ  85281

Mt. Lebonon Awning Company
P.O. Box 27
Presto, PA  15142

Muzak
1711 Douglass Drive
Pittsburgh, PA  15221

National Apartment Association
PO Box 75219
Baltimore, MD  21275

National City Credit Card
P.O. Box 856176
Louisville, KY  40285

North Street Properties Inc.
100 Field Drive, #110
Lake Forest, IL  60045-0000

FZ628502

Overhead Door Company
400 Poplar Street
Pittsburgh, PA  15223

Painting Pro
 RRI Box 180
Moundsville, WV  26041

Premier Safety & Service, Inc.
2 Industrial Park Drive
Oakdale, PA  15071

Quill Corporation
PO Box 37600
Philadelphia, PA  19101

Rent.com
Payment Cnt, Department 1987
Los Angeles, CA  90084

Residential Data, Inc.
c/o LexisNexis
P. O. Box 7247-7782
Philadelphia, PA  19170-7782

Robinson Twp-Allegheny County
c/o David A. Wolf, Esq.
1806 Frick Building, 437 Grant
Pittsburgh, PA  15219-6101

Sherwin Williams Co.
1096 Washington Pike
Bridgeville, PA  15017

C&T Cleaning Company
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Cauley Security Services
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Rental Guide
2699 White Road, Suite 255
c/o Tammy Garza/Scott August
Irvine, CA  92614

Trautman Window Cleaning
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Steratore Sanitary Supply
PO Box 16
Washington, PA  15301

Township of Robinson
PO Box 15539
Pittsburgh, PA  15244

Township of Robinson Police
1000 Church Hill Road
Pittsburgh, PA  15205

US Abe Uniform & Clothing
807 E. Carson Street
Pittsburgh, PA  15203

US Power Wash
807 East Carson Street
Pittsburgh, PA  15203

Ventana Hills Associates, Ltd.
c\o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

Waste Management
Bankruptcy Dept.
2625 West Grandview, Ste. 210
Phoenix, AZ  85023

Western Pennsylvania Apartment
PO Box 3165
Pittsburgh, PA  15230

FZ628502

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA  30384-2168

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  VENTANA HILLS ASSOCIATES, LTD., an )
  Ohio limited partnership, and    )
  VENTANA HILLS PHASE II, L.P., an Ohio ) Bankruptcy No. 09-41755
  limited partnership,      )
          Debtor. ) Chapter  11

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant:      **ROBBINS, SALOMON & PATT, LTD.**

Authorized to Provide Professional Services to:    **DEBTOR IN POSSESSION**

Date of Order Authorizing Employment:     *November 24, 2009*

Period for Which Compensation is Sought:
From    June 15   , 2011 through  August 18  , 2011

Amount of Fees Sought: $ 62,208.00

Amount of Expense Reimbursement Sought: $ 2,142.34

This is an:  Interim Application _____   Final Application  ✔

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 3/2/2010 | 11/4/09-1/28/10 | 79,317.00 | 76,354.35 | 76,354.35 |
| 4/20/10-5/12/10* | 1/1/10-2/28/10 | 36,571.00 | 34,678.50 | 34,678.50 |
| 6/23/2010 | 3/1/10-5/31/10 | 34,493.50 | 34,493.50 | 34,493.50 |
| 9/16/10 | 6/1/10-8/31/10 | 34,130.86 | 34,130.36 | 34,130.36 |
| 1/5/11 | 9/1/10-12/31/10 | 50,930.33 | 49,914.83 | 49,914.83 |
| 4/6/11 | 1/1/11-3/31/11 | 29,830.28 | 29,355.28 | 29,355.28 |
| 6/21/11 | 4/1/11-6/14/11 | 36,605.16 | 35,135.16 | 35,135.16 |

Dated:  **September 2, 2011**      /s/ Richard H. Fimoff
                      (Counsel)

(Rev 11/19/10)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| **VENTANA HILLS ASSOCIATES, LTD.,** | ) | |
| an Ohio limited partnership, and **VENTANA** | ) | **Case No. 09-41755** |
| **HILLS PHASE II, L.P.,** an Ohio limited | ) | **Hon. Pamela S. Hollis** |
| partnership | ) | **(substantively consolidated)** |
| | ) | |

## EIGHTH AND FINAL APPLICATION OF ROBBINS, SALOMON & PATT, LTD., AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes Robbins, Salomon & Patt, Ltd ("RSP"), as counsel for Ventana Hills Associates, Ltd., an Ohio limited partnership, and Ventana Hills Phase II, L.P., an Ohio limited partnership (substantively consolidated), debtor and debtor in possession herein, and for its Eighth and Final Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses, respectfully states as follows:

### JURISDICTION

1.     On November 3, 2009, Ventana Hills Associates, Ltd., filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case. On November 3, 2009, Ventana Hills Phase II, LP., filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the its Chapter 11 case, 09-41758. (collectively Ventana Hills

FZ6182                                    1

Associates, Ltd and Ventana Hills Phase II, L.P. are referred to as the "Debtor") The Debtor continues to operate its business and manage its properties as Debtor-in-Possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

2.      No creditors' committee has been appointed in these cases.

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      The bases for the relief requested herein are sections 327, 328 and 330 of the Bankruptcy Code and the inherent equitable powers of this Court.

5.      On November 17, 2009 this Court entered an order authorizing the joint administration of the Ventana Hills Associates, Ltd.'s case, 09-41755 with the Ventana Hills Phase II, L. P. case, 09-41758.

6.      On January 14, 2010 entered an order authorizing the substantive consolidation of the Ventana Hills Phase II, L. P. case, 09-41758 into the Ventana Hills Associates, Ltd.'s case, 09-41755.

7.      On July 21, 2011, this Court confirmed the Joint Plan of Reorganization propounded by debtor and Anglo Irish Bank Corporation [Docket No. 347].

## BACKGROUND

8.      Ventana Hills Associates, Ltd., jointly with Ventana Hills Phase II, LP are the owners and operators of a residential apartment project located in Pittsburgh, Pennsylvania, known as "Ventana Hills Apartments".

9.      Ventana Hills Apartments was constructed in 2002 as a rental apartment community, in two phases, and was purchased by the Debtor in 2004 for $50,000,000.00.

FZ6182                                                  2

10.     Ventana Hills Apartments is comprised of 470 residential rental apartment units located in 30 buildings spread over 63 acres. In addition, the complex contains clubhouse and garage buildings.

11.     Residential apartment units at Ventana Hills Apartments lease for rentals ranging from $799.00 to $1469.00 per month. Leases for residential apartment units are for terms from three month to one year.

12.     The Debtor's operational and profitability problems are principally due to the general economic problems of the country over the last several years which has resulted in periodic declines in occupancy levels, and the extended time required to bring occupancy levels back to proper levels. This has been exacerbated in Debtor's case by reason of fixed interest rate financing at levels substantially above current interest levels.

13.     On November 24, 2009 this Court entered an order authorizing the Debtor to retain RSP as its counsel in these Chapter 11 proceedings as of the inception of these cases, with RSP's compensation to be determined by this Court.

14.     Prior to the commencement of this case, the Debtor paid to RSP a retainer of $100,000.00, from which RSP paid the amounts allowed by this court's order dated March 2, 2010 of $76,354.35 and the balance of the retainer, $23,645.65, was paid to RSP pursuant to the court's order dated May 20, 2010. RSP is not currently holding a retainer for the benefit of Debtor.

15.     From the inception of these proceedings, November 4, 2009 through the present date, RSP acted as counsel for Debtor and Debtor in possession in these Chapter 11 proceedings, and continues to act as such counsel.

FZ6182                                                    3

## RELIEF REQUESTED

16.    By this Application, RSP seeks:

a)    the entry of an order allowing RSP final compensation in the amount of $352,245.85, for services provided to the debtor and debtor in possession during the period from November 3, 2009 through August 18, 2011, of which $290,037.85 has previously been paid, leaving a balance due of $62,208.00;

b)    the entry of an order allowing RSP final reimbursement in the amount of $6,166.47, for reimbursement of expenses incurred in connection with the performance of RSP's services during the period from November 3, 2009 through August 18, 2011, of which $4,024.13 has previously been paid leaving a balance due of $2,142.34; and,

c)    the entry of an order directing the Debtor to pay to RSP the amounts this Court allows RSP as its final compensation and reimbursement of expenses, from its cash flow, including to the extent needed from Anglo Irish's cash collateral.

## LEGAL SERVICES RENDERED

17.    The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing June 1, 2011 through and including August 18, 2011 is 167.80 hours as follows, which is the time period that has previously been unpaid:

| Attorney | Hours |
|---|---|
| Barry Glazer ("BG") | 18.40 |
| Caroline S. Smith ("CSS") | 4.90 |
| Marshall K. Brown ("MKB") | 18.80 |
| Richard H. Fimoff ("RHF") | 65.90 |
| Richard L. Gayle ("RLG") | 19.90 |

FZ6182

4

Todd A. Bickel ("TAB")                12.70

Paralegal

Nancy K. Kondziolka                   <u>27.20</u>

     Total:                          167.80

18.    The hourly rates charged by RSP for legal services rendered in this bankruptcy case are as follows:

| Attorney | Rate |
| --- | --- |
| Barry Glazer ("BG") | $330.00 |
| Caroline S. Smith ("CSS") | $270.00 |
| Marshall K. Brown ("MKB") | $340.00 |
| Richard H. Fimoff ("RHF") | $475.00 |
| Richard L. Gayle ("RLG") | $425.00 |
| Todd A. Bickel ("TAB") | $350.00 |

These hourly rates are the customary and usual rates which RSP charges clients on matters of this nature.

19.    The legal services rendered by RSP during the period from June 1, 2011 through August 18, 2011, as more fully described in Exhibits A-C have been divided into the following general categories:

A.    General Administration

    The legal services rendered in this category relate to the consulting with Debtor's staff re financial and operational issues created by filing of case, assisting Debtor with the preparation and submission of operating reports, communicating with Debtor and its creditors

FZ6182

5

regarding the bankruptcy case, representing the Debtor at all court hearings, and preparation of this fee petition.

Total Time Expended:        2.10 Hours

General Administrative services were performed by the following:

| Attorney | Hours |
|----------|-------|
| Richard H. Fimoff ("RHF") | 2.10 |
| Total: | 2.10 |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

### B.    Cash Collateral

The legal services rendered in this category relate to the Debtor's efforts to obtain and continue its use of the cash collateral of Anglo Irish Bank, including drafting and presentation of motions for use of cash collateral, negotiation of terms of cash collateral orders and budgets, and drafting of cash collateral orders, working with Debtor's accountants and managers to establish and comply with appropriate cash collateral budgets, negotiation of changes in terms and items in cash collateral budgets, negotiation of cash collateral budget variance issues, court appearances regarding the presentation of cash collateral motions and the approval of the cash collateral orders and budgets.

Total Time Expended:        2.10 Hours

| Attorney | Hours |
|----------|-------|
| Caroline S. Smith ("CSS") | .70 |
| Richard H. Fimoff ("RHF") | 1.40 |
| Total: | 2.10 |

FZ6182

6

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.    Plan of Reorganization/Disclosure Statement

The legal services rendered in this category relate to the Debtor's efforts to negotiate and formulate a Plan of Reorganization, prepare and obtain approval of its Disclosure Statements, revise Debtor's Plan of Reorganization and Disclosure Statement to address issues raised by creditors and U.S. Trustee, changed and additional financial information and assumptions, advise Debtor on solicitation of creditors, prepare ballot documents and instructions to creditors on voting and attempts to negotiate a consensual Plan of Reorganization with Anglo Irish Bank, including attending meetings with the principals of the Debtor and representatives of its secured lenders to discuss various issues regarding the formulation of a plan and to attempt to negotiate same, conduct discussions with Debtor's accountants and managers regarding the Debtor's ability to fund a plan, competing appraisal issues, conduct negotiations with Debtor's real estate tax claimants, review potential sources for funding a plan, determination of extent of liabilities to be funded, research and prepare for valuation issues, term of plan issues and interest rate issues in plan.

Total Time Expended:        163.60 Hours

| Attorney | Hours |
|---|---|
| Barry Glazer ("BG") | 18.40 |
| Caroline S. Smith ("CSS") | 4.20 |
| Marshall K. Brown ("MKB") | 18.80 |
| Richard H. Fimoff ("RHF") | 62.40 |
| Richard L. Gayle ("RLG") | 19.90 |

FZ6182

7

Todd A. Bickel ("TAB")                                    12.70

Paralegal

Nancy K. Kondziolka                                       <u>27.20</u>

Total:                                                   163.60

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

20.    The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing June 1, 2011 through August 18, 2011, is 167.80 hours as follows:

| Attorney | Hours | Amount |
|---|---|---|
| Barry Glazer ("BG") | 18.40 | $6,072.00 |
| Caroline S. Smith ("CSS") | 4.90 | $1,323.00 |
| Marshall K. Brown ("MKB") | 18.80 | $6,392.00 |
| Richard H. Fimoff ("RHF") | 65.90 | $31,302.50 |
| Richard L. Gayle ("RLG") | 19.90 | $8,457.50 |
| Todd A. Bickel ("TAB") | 12.70 | $4,445.00 |
| Paralegal | | |
| Nancy K. Kondziolka | <u>27.20</u> | <u>$4,216.000</u> |
| Total: | 167.80 | $62,208.00 |

## EXPENSES INCURRED

21.    During the course of the representation of the Debtor in possession, RSP has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing June 1, 2011 through August 18, 2011 is $2,142.34. Attached to this Motion as Exhibit "D" is an itemization of the expenses incurred.

FZ6182                                        8

## CONCLUSION

22.    RSP's First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $77,702.50 in fees, and $1,614.50 as reimbursement of expenses. This Court awarded $76,354.35 in fees and $0.00 in reimbursement of expenses, which has been paid from the retainer held by RSP.

23.    RSP's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses, as supplemented, sought $34,956.50 in fees and $1,614.50 as reimbursement of expenses. This Court awarded $33,386.50 in fees and $1,292.00 in reimbursement of expenses, which has been paid from the retainer held by RSP and Debtor's cash flow.

24.    RSP's Third Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $34,493.50 in fees and $0.00 in reimbursement of expenses. The Court awarded $34,493.50 and $0.00 in reimbursement of expenses, which has been paid from the retainer held by RSP and from Debtor's cash flow.

25.    RSP's Fourth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $33,827.50 in fees and $303.36 as reimbursement of expenses. This Court awarded $33,827.00 in fees and $303.36 in reimbursement of expenses, which has been paid from Debtor's cash flow.

26.    RSP's Fifth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $48,953.00 in fees and $1,977.33 as reimbursement of expenses. This Court awarded $47,937.50 in fees and $1,977.33 in reimbursement of expenses, which has been paid from Debtor's cash flow.

27.    RSP's Sixth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $29,464.50 in fees and $365.78 as reimbursement of expenses. This Court awarded $28,989.50 in fees and $365.78 as reimbursement of expenses, which has been paid from Debtor's cash flow.

28.    RSP's Seventh Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $35,454.50 in fees and $1,150.66 as reimbursement of expenses. This Court awarded $35,049.50 in fees and $85.66 as reimbursement of expenses, which has been paid from Debtor's cash flow.

Other than as provided in Section 504(b) of the Bankruptcy Code, RSP has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to RSP by any person, firm or entity.

29.    RSP asserts that the interim compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. RSP further asserts that the cost of legal services rendered for and on behalf of the Debtor in Possession is comparable to the cost of similar services in matters other than under the Bankruptcy Code. RSP has sometimes utilized two or three attorneys to review and/or revise pleadings, participate in conference calls and to discuss strategy. RSP has attempted to keep such multiple participation to a minimum, but where utilized, given the size and complexity of this case, RSP believes that such participation was appropriate and is compensable.

30.    RSP asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in Possession in this Chapter 11 case.

31.    Debtor has reviewed this motion, and has approved the payment of fees and reimbursement of expenses requested herein.

WHEREFORE, for the foregoing reasons, the law firm of Robbins, Salomon & Patt, Ltd., former counsel for the Debtor in Possession, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

A.    Allowing final compensation to RSP in the amount of $352,245.85 for services provided to the debtor and debtor in possession during the period from November 3, 2009 through August 18, 2011, of which $290,037.85 has previously been paid, leaving a balance due of $62,208.00;

b)    Allowing final reimbursement of expenses to RSP in the amount of $6,166.47 for reimbursement of expenses incurred in connection with the performance of RSP's services during the period from November 3, 2009 through August 18, 2011, of which $4,024.13 has previously been paid leaving a balance due of $2,142.34; and,

B.    Authorizing and directing payment by the Debtor in Possession to RSP of the sum of $64,350.34, from its cash flow, including to the extent needed from Anglo Irish's cash collateral; and

C.    Granting such other relief as may be just and equitable.

Respectfully Submitted,
Robbins, Salomon & Patt, Ltd.

/s/ Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
rfimoff@rsplaw.com

# EXHIBIT A

**EXHIBIT A**
**FEE PETITION**
**VENTANA HILLS ASSOCIATES, LTD.**
**GENERAL ADMINISTRATION**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 06/13/11 | Richard H. Fimoff | Review and revise fee application exhibit of RSP | 1.00 |
| 06/13/11 | Richard H. Fimoff | Review and revise fee application exhibit of Huml | 0.50 |
| 07/12/11 | Richard H. Fimoff | Court Appearance re accountants' fees | 0.30 |
| 07/12/11 | Richard H. Fimoff | Court Appearance re attorneys' fees | 0.30 |

|  |  |  | RHF | 2.10 |
|--|--|--|-----|------|
|  |  |  | Total: | 2.10 |

FY9912

# EXHIBIT B

EXHIBIT B
FEE PETITION
VENTANA HILLS ASSOCIATES, LTD.
CASH COLLATERAL

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 07/12/11 | Richard H. Fimoff | Court appearance re use of cash collateral. | 0.30 |
| 07/12/11 | Richard H. Fimoff | Preparation of cash collateral order. | 0.70 |
| 07/13/11 | Richard H. Fimoff | Finalize cash collateral order and budget for submission | 0.40 |
| 07/13/11 | Caroline S. Smith | Review of open items relating to professional fees and preparation of schedule regarding same. | 0.70 |

|  |  | CSS | 0.70 |
|--|--|-----|------|
|  |  | RHF | 1.40 |
|  |  | Total: | 2.10 |

# EXHIBIT C

EXHIBIT C
FEE PETITION
VENTANA HILLS ASSOCIATES, LTD.
PLAN OF REORGANIZATION / DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 06/02/11 | Richard H. Fimoff | Review of bank counterproposal. | 0.50 |
| 06/02/11 | Richard H. Fimoff | Discussion with client re bank counterproposal and financial impact of changes. | 0.40 |
| 06/02/11 | Richard H. Fimoff | Multiple correspondence with attorney for bank re additional information on interest computation and advances. | 0.30 |
| 06/08/11 | Barry Glazer | Conference with Richard L. Gayle regarding settlement with Anglo Irish. | 0.30 |
| 06/08/11 | Barry Glazer | Review existing loan documents. | 0.30 |
| 06/08/11 | Barry Glazer | Conference with Marshall K. Brown regarding existing structure, reorganization possibilities. | 0.30 |
| 06/08/11 | Marshall K. Brown | Conferences with Barry Glazer re: structure of property owning entities and reasons, and discuss reorganization possibilities. | 0.30 |
| 06/08/11 | Marshall K. Brown | Conference with Richard L. Gayle re proposed reorganization plans. | 0.50 |
| 06/08/11 | Marshall K. Brown | Draft memo re entities. | 0.80 |
| 06/08/11 | Richard L. Gayle | Study, review and revise Richard H Fimoff's revised draft plan of reorganization. | 0.80 |
| 06/08/11 | Richard L. Gayle | Conference with Marshall Brown re proposed reorganization plan. | 0.50 |
| 06/08/11 | Richard L. Gayle | Conference with Barry Glazer re terms of settlement. | 0.30 |
| 06/09/11 | Barry Glazer | Review existing ownership loan documents. | 0.50 |
| 06/09/11 | Marshall K. Brown | Review prior documents re: structure, acquisition and financing of Ventana Hills. | 1.00 |
| 06/09/11 | Marshall K. Brown | Consider tax effects of choice of structure for reorganization. | 0.40 |
| 06/09/11 | Marshall K. Brown | Telephone conference with William Huml re: tax and accounting; review corporate organization and merger documentation, filings and timing. | 0.80 |
| 06/09/11 | Richard H. Fimoff | Work on plan revisions | 1.50 |
| 06/10/11 | Marshall K. Brown | Conference with Nancy K. Kondziolka re corporate documents. | 1.00 |
| 06/10/11 | Marshall K. Brown | Draft memo re steps in reorganization and  Plan of Merger. | 0.40 |
| 06/10/11 | Nancy Kondziolka | Conference with Marshall K. Brown re: reorganization and structure of new entities to be formed. | 1.00 |
| 06/10/11 | Nancy Kondziolka | Secretary of State re: merger of Ohio limited partnerships, authorized in Pennsylvania with new limited liability company. | 0.50 |
| 06/10/11 | Richard H. Fimoff | Work on plan revisions to conform to settlement | 1.50 |
| 06/12/11 | Marshall K. Brown | Draft memorandum and Plan of Merger. | 1.30 |
| 06/12/11 | Marshall K. Brown | Research various state requirements and past problems. | 0.70 |
| 06/13/11 | Marshall K. Brown | Conferences with Nancy K. Kondziolka re costs. | 0.30 |
| 06/13/11 | Marshall K. Brown | Revise memorandum and Plan of Merger. | 1.50 |

| | | | |
|---|---|---|---|
| 06/13/11 | Marshall K. Brown | Correspondence with Richard L. Gayle re: filings and costs. | 0.10 |
| 06/13/11 | Nancy Kondziolka | Calculate filing fees and expenses for new IL corporation and limited liability company, Articles of Merger in Illinois, Ohio and Pennsylvania, Application for Registration in Pennsylvania. | 0.80 |
| 06/13/11 | Nancy Kondziolka | Obtain and review IL, OH and PA filing forms. | 0.50 |
| 06/13/11 | Nancy Kondziolka | Confirm name availability of Ventana Hills, Inc. and Ventana Hills Apartments, LLC in Illinois. | 0.30 |
| 06/13/11 | Nancy Kondziolka | Prepare IL Articles of Incorporation for Ventana Hills, Inc. | 0.50 |
| 06/13/11 | Nancy Kondziolka | Prepare IL Articles of Organization for Ventana Hills Apartments, LLC. | 0.50 |
| 06/13/11 | Nancy Kondziolka | Research with Ohio Secretary of State re: dates of formation of Ventana Hills Associates, Ltd. and Ventana Hills Phase II, LP (.50); | 0.50 |
| 06/13/11 | Nancy Kondziolka | Research merger procedures in Pennsylvania | 0.80 |
| 06/13/11 | Nancy Kondziolka | Prepare IL Articles of Merger. | 0.50 |
| 06/13/11 | Nancy Kondziolka | Prepare OH Certificate of Merger. | 0.50 |
| 06/13/11 | Nancy Kondziolka | Revise Plan of Merger. | 0.30 |
| 06/13/11 | Nancy Kondziolka | Contact Norine Nagle of NRAI Corporate Services re: costs to expedite mergers in PA and OH, and requirement for tax clearances and affidavits and estimate timing from PA and OH governmental authorities. | 0.30 |
| 06/13/11 | Nancy Kondziolka | Conference with Marshall K. Brown re: costs to expedite mergers in PA and OH, and requirement for tax clearances and affidavits and estimate timing from PA and OH governmental authorities.2 | 0.30 |
| 06/13/11 | Richard L. Gayle | Confer with Mr. Djurin re: additional settlement issues, | 0.20 |
| 06/13/11 | Richard L. Gayle | Correspondence with Marshall K. Brown re filings and costs. | 0.10 |
| 06/14/11 | Barry Glazer | Review Anglo Irish terms sheet. | 0.20 |
| 06/14/11 | Barry Glazer | Telephone conference with Jason Berne and Richard L. Gayle re loan modification. | 0.60 |
| 06/14/11 | Marshall K. Brown | Corporate documents and structure, organization of LLC manager, shareholder SSN & S corp election. | 0.80 |
| 06/14/11 | Marshall K. Brown | Review corporate documents re: North Street management. | 0.50 |
| 06/14/11 | Marshall K. Brown | Review shareholder certificates and corporate book. | 0.50 |
| 06/14/11 | Nancy Kondziolka | File Articles of Incorporation for Ventana Hills, Inc. with IL Secretary of State (electronically). | 0.30 |
| 06/14/11 | Nancy Kondziolka | Preparation of application for employer identification number electronically with the Internal Revenue Service and obtain taxpayer identification number | 0.30 |
| 06/14/11 | Nancy Kondziolka | Receive and review Confirmation Letter from Internal Revenue Service. | 0.30 |
| 06/14/11 | Nancy Kondziolka | Prepare Form 2553 -Subchapter S Election | 0.30 |
| 06/14/11 | Nancy Kondziolka | Conferences with Richard L. Gayle re entity issues. | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/14/11 | Richard H. Fimoff | Work on plan changes to incorporate settlement terms. | 1.00 |
| 06/14/11 | Richard H. Fimoff | Review of memo re items to be completed for merger of debtors. | 0.20 |
| 06/14/11 | Richard H. Fimoff | Telephone conference with Leslie Bayles re re-documentation of loans per settlement. | 0.30 |
| 06/14/11 | Richard H. Fimoff | Confer with Richard L. Gayle re status of settlement and Anglo Irish loan counsel. | 0.30 |
| 06/14/11 | Richard L. Gayle | Review memo from Marshall K. Brown re: restructuring requirements. | 0.40 |
| 06/14/11 | Richard L. Gayle | Correspondence and conferences with Nancy K. Kondziolka regarding entity issues. | 0.40 |
| 06/14/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: settlement status and identification of counsel for loan modifications. | 0.30 |
| 06/14/11 | Richard L. Gayle | Long initial telephone conference with loan counsel for Anglo Irish re: structure of modified transaction. | 0.60 |
| 06/15/11 | Barry Glazer | Conference with Richard H. Fimoff, Nancy K. Kondziolka and Marshall K. Brown re structure. | 0.50 |
| 06/15/11 | Barry Glazer | Review existing loan documents. | 0.50 |
| 06/15/11 | Barry Glazer | Edit Plan of Reorganization. | 0.80 |
| 06/15/11 | Marshall K. Brown | Review correspondence re structure. | 0.30 |
| 06/15/11 | Marshall K. Brown | Conference with Richard L. Gayle, Richard H. Fimoff, Barry Glazer and Nancy Kondziolka re structure of reorganized debtor, roll-up. | 0.50 |
| 06/15/11 | Nancy Kondziolka | Conference with Marshall K. Brown, Barry Glazer, Richard L. Gayle and Richard H. Fimoff re: reorganization of Ventana and mergers. | 0.50 |
| 06/15/11 | Nancy Kondziolka | Review mechanics and timing of merger documents. | 0.50 |
| 06/15/11 | Nancy Kondziolka | Telephone conference with Ohio Secretary of State re: tax clearance and affidavits required prior to merger. | 0.30 |
| 06/15/11 | Nancy Kondziolka | Telephone conference with Pennsylvania State Department re: same. | 0.30 |
| 06/15/11 | Nancy Kondziolka | Electronic communication re: North Street Property change of ownership, and stock transfers. | 0.30 |
| 06/15/11 | Richard H. Fimoff | Draft plan revisions. | 1.50 |
| 06/15/11 | Richard H. Fimoff | Review loan re-documentation needed, and prior title policies re title ownership. | 1.00 |
| 06/15/11 | Richard H. Fimoff | Conference with Richard L. Gayle, Marshall K. Brown, Barry Glazer and Nancy Kondziolka re structure and roll-up. | 0.50 |
| 06/15/11 | Richard L. Gayle | Conferences with Barry Glazer, Richard H. Fimoff, Marshall K. Brown and Nancy K. Kondziolka re: structure of reorganized debtor and timing of roll up into new entity and execution of new loan documents. | 0.50 |
| 06/15/11 | Richard L. Gayle | Revise corporate documents and LLC agreement. | 1.90 |
| 06/16/11 | Barry Glazer | Telephone conference with Richard L. Gayle and Jason Berne re loan modification and structure terms. | 0.80 |
| 06/16/11 | Barry Glazer | Review prior loan documents. | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/16/11 | Barry Glazer | Email Ventana loan documents to Jason Berne. | 0.20 |
| 06/16/11 | Marshall K. Brown | Conferences with Nancy K. Kondziolka re merger withdrawal. | 0.30 |
| 06/16/11 | Marshall K. Brown | Research Ohio & Pennsylvania requirements, taxes and timing. | 0.50 |
| 06/16/11 | Nancy Kondziolka | Conference with Marshall K. Brown re: status and possibility of merger withdrawal after documents have been filed. | 0.30 |
| 06/16/11 | Nancy Kondziolka | Review Illinois Limited Liability Company Act and contact LLC Division of Secretary of State re: withdrawal of merger. | 0.20 |
| 06/16/11 | Richard H. Fimoff | Draft outline of rights and limitations of CRO under plan terms. | 0.50 |
| 06/16/11 | Richard H. Fimoff | Draft plan revisions. | 1.50 |
| 06/16/11 | Richard H. Fimoff | Review merger structure and need for additional entities and state qualification. | 1.00 |
| 06/16/11 | Richard L. Gayle | Telephone conference with Jason Berne and Barry Glazer re: structure of loan facility and related details. | 0.80 |
| 06/17/11 | Richard H. Fimoff | Complete initial revisions to plan to conform to settlement terms. | 1.00 |
| 06/20/11 | Richard H. Fimoff | Complete joint plan of reorganization | 1.30 |
| 06/20/11 | Richard L. Gayle | Telephone conference with Mr. Djurin re: settlement status and progress in structuring loan modification. | 1.50 |
| 06/20/11 | Richard L. Gayle | Review settlement term sheet for terms which will require documentation outside of Joint Plan of Reorganization. | 0.10 |
| 06/21/11 | Marshall K. Brown | Conferences with Nancy K. Kondziolka re additional entities. | 0.20 |
| 06/21/11 | Marshall K. Brown | Correspondence re: organization of LLC, status and timing. | 0.60 |
| 06/21/11 | Nancy Kondziolka | Conference with Marshall K. Brown re entities. | 0.20 |
| 06/21/11 | Richard H. Fimoff | Communicate with attorney for bank re changes made to previous plan and redline version of joint plan, | 0.50 |
| 06/21/11 | Richard H. Fimoff | Prepare redline version of joint plan. | 0.50 |
| 06/22/11 | Barry Glazer | Telephone conference with Jason Berne re loan documents. | 0.20 |
| 06/22/11 | Barry Glazer | Conference with Richard L. Gayle re formation of entities. | 0.30 |
| 06/22/11 | Richard L. Gayle | Conference with Barry Glazer re: organizational issues in connection with Joint Plan of reorganization and entity formation. | 0.30 |
| 06/23/11 | Marshall K. Brown | Review corporate documents. | 0.70 |
| 06/23/11 | Richard L. Gayle | Confer with Mr. Djurin re: delayed response to Settlement Term Sheet from lender's credit committee. | 0.20 |
| 06/27/11 | Marshall K. Brown | Review documents and consider effect on plan of merger and proposed articles. | 0.80 |
| 06/27/11 | Richard H. Fimoff | Telephone conference with attorney for Anglo Irish Bank re continuing confirmation hearing, documentation of new loan and need for amending disclosure statement. | 0.70 |
| 06/27/11 | Richard L. Gayle | Telephone conference with Mr. Berne re: transaction approved by credit committee and structure of loan documents and operating agreements. | 0.10 |

| | | | |
|---|---|---|---|
| 06/28/11 | Marshall K. Brown | Review revised Plan of Reorganization. | 0.40 |
| 06/28/11 | Richard H. Fimoff | Court appearance on hearing on confirmation of joint plan | 1.00 |
| 06/28/11 | Richard L. Gayle | Confer with Mr. Djurin re: settlement approved by credit committee, Court appearance for new plan date, and | 0.20 |
| 06/28/11 | Richard L. Gayle | Review terms of settlement and loan document provisions re: same. | 0.20 |
| 06/29/11 | Marshall K. Brown | Review corporate documents. | 0.50 |
| 06/30/11 | Richard H. Fimoff | Work on proffer of evidence for confirmation hearing. | 1.50 |
| 06/30/11 | Richard H. Fimoff | Communicate with accountant re terms of joint plan and impact on cash flows. | 0.30 |
| 07/05/11 | Marshall K. Brown | Correspondence and conference with Nancy K. Kondziolka re: status and corporate documents. | 0.30 |
| 07/05/11 | Marshall K. Brown | Conference with Richard H. Fimoff re: entity for manager and expected lender answer. | 0.20 |
| 07/05/11 | Marshall K. Brown | Review revised plan and related documents. | 0.30 |
| 07/05/11 | Nancy Kondziolka | Conference with Marshall K. Brown re: status of reorganization. | 0.30 |
| 07/05/11 | Richard H. Fimoff | Conference with Richard L. Gayle re settlement status. | 0.20 |
| 07/05/11 | Richard H. Fimoff | Preparation of proffer of evidence. | 1.00 |
| 07/05/11 | Richard H. Fimoff | Preparation of proffer of stipulation. | 0.60 |
| 07/05/11 | Richard H. Fimoff | Research re evidence needed to satisfy statutory requirements. | 0.50 |
| 07/05/11 | Richard H. Fimoff | Telephone conference with L. Bayles re status of loan documentation and review of joint plan. | 0.30 |
| 07/05/11 | Richard H. Fimoff | Telephone conference with client re status of joint plan and loan documentation. | 0.20 |
| 07/05/11 | Richard H. Fimoff | Conference with Marshall K. Brown re manager. | 0.20 |
| 07/05/11 | Richard L. Gayle | Confer with Mr. Fimoff re: status of settlement documentation. | 0.20 |
| 07/06/11 | Richard H. Fimoff | Review and revise proffer of evidence. | 1.00 |
| 07/06/11 | Richard H. Fimoff | Review and revise stipulation. | 0.50 |
| 07/06/11 | Richard H. Fimoff | Prepare confirmation order. | 0.70 |
| 07/06/11 | Richard H. Fimoff | Prepare affidavit in support of confirmation. | 1.00 |
| 07/06/11 | Richard H. Fimoff | Telephone conference with L. Bayles re status of loan documentation. | 0.30 |
| 07/06/11 | Richard H. Fimoff | Telephone conference with client re status of documentation and preparation for confirmation hearing. | 0.20 |
| 07/07/11 | Barry Glazer | Telephone conference with Jason Berne re status of loan documents. | 0.20 |
| 07/07/11 | Richard H. Fimoff | Review and revise I. Djurin affidavit. | 0.70 |

| 07/07/11 | Richard H. Fimoff | Research re standing for objections to confirmation. | 0.30 |
|---|---|---|---|
| 07/07/11 | Richard H. Fimoff | Review Anglo changes to stipulation. | 0.30 |
| 07/07/11 | Richard H. Fimoff | Review proffer. | 0.30 |
| 07/07/11 | Richard H. Fimoff | Review plan. | 0.50 |
| 07/07/11 | Richard H. Fimoff | Communicate with client re status of loan documentation and confirmation preparations. | 0.30 |
| 07/07/11 | Richard L. Gayle | Review and revise proffer of evidence, affidavit and other related court documents for submittal to counsel for secured lender for presentation to the Court on 7/12. | 0.20 |
| 07/08/11 | Barry Glazer | Email from Jason Berne re loan documents. | 0.10 |
| 07/08/11 | Barry Glazer | Conference with Richard L. Gayle re loan documents. | 0.10 |
| 07/08/11 | Barry Glazer | Review documents re LLC issues. | 0.30 |
| 07/08/11 | Richard H. Fimoff | Incorporate Anglo changes into Joint Plan. | 1.20 |
| 07/08/11 | Richard H. Fimoff | Incorporate Anglo changes into proffer. | 0.60 |
| 07/08/11 | Richard H. Fimoff | Incorporate Anglo changes into stipulation. | 0.50 |
| 07/08/11 | Richard H. Fimoff | Telephone conference with L. Bayles re choice of CRO. | 0.50 |
| 07/08/11 | Richard L. Gayle | Confer with Mr. Djurin re: plan and related documentation modifications | 0.50 |
| 07/08/11 | Richard L. Gayle | Confer with Barry Glazer re: entity structure issues. | 0.10 |
| 07/08/11 | Richard L. Gayle | Telephone conference with attorney J. Berne re: same address CRO issue raised by Anglo Irish. | 0.20 |
| 07/09/11 | Barry Glazer | Review loan documents. | 0.90 |
| 07/09/11 | Barry Glazer | Email to Richard L. Gayle re loan document issues. | 0.20 |
| 07/11/11 | Barry Glazer | Conference with Richard L. Gayle re loan documents. | 0.20 |
| 07/11/11 | Barry Glazer | Telephone conference with Jason Berne re negotiation of documents. | 0.40 |
| 07/11/11 | Barry Glazer | Conference with Richard H. Fimoff re guaranty by Angie Djurin. | 0.10 |
| 07/11/11 | Richard H. Fimoff | Telephone conference with attorney for Anglo Irish Bank and telephone conference with client re use of Lincoln Property as CRO. | 0.50 |
| 07/11/11 | Richard H. Fimoff | Review of Anglo's changes to proffer and revise proffer. | 0.40 |
| 07/11/11 | Richard H. Fimoff | Conference with Barry Glazer re Angie Djurin guaranty. | 0.10 |
| 07/11/11 | Richard H. Fimoff | Telephone conference with client re revisions to affidavit and revise affidavit. | 0.20 |
| 07/11/11 | Richard L. Gayle | Confer with Mr. Djurin re: CRO issues. | 0.10 |

| 07/11/11 | Richard L. Gayle | Confer with Barry Glazer re: proposed loan documents. | 0.20 |
|---|---|---|---|
| 07/12/11 | Barry Glazer | Meeting with Richard L. Gayle, Nancy K. Kondziolka and Caroline S. Smith re structure and formation issues. | 0.50 |
| 07/12/11 | Caroline S. Smith | Meeting with Richard Gayle, Barry Glazer and Nancy Kondziolka regarding Ventana Hills merger. | 0.50 |
| 07/12/11 | Nancy Kondziolka | Meeting with Richard Gayle, Barry Glazer and Caroline Smith re: structure of reorganization. | 0.50 |
| 07/12/11 | Nancy Kondziolka | File Articles of Organization for Ventana Hills Apartments, LLC with Illinois Secretary of State, electronically. | 0.30 |
| 07/12/11 | Nancy Kondziolka | Review confirmation of filing and file stamped copy of Articles of Organization received from IL Secretary of State. | 0.30 |
| 07/12/11 | Nancy Kondziolka | Revise Articles and Plan of Merger for Ventana Hills Apartments, LLC, Ventana Hills Associates, Ltd., and Ventana Hills Phase II, L.P. | 0.40 |
| 07/12/11 | Nancy Kondziolka | Preparation of application for employer identification number electronically with the Internal Revenue Service for Ventana Hills Apartments, LLC and obtain taxpayer identification number. | 0.40 |
| 07/12/11 | Nancy Kondziolka | Receive and review Confirmation Letter from Internal Revenue Service. | 0.10 |
| 07/12/11 | Nancy Kondziolka | Amend Ohio Certificate of Merger. | 0.40 |
| 07/12/11 | Richard H. Fimoff | Court appearance re hearing on confirmation. | 0.50 |
| 07/12/11 | Richard H. Fimoff | Telephone conference with Ed Terry re role of CRO under plan of reorganization. | 0.50 |
| 07/12/11 | Richard L. Gayle | Internal meeting with Barry Glazer, Caroline S. Smith and Nancy K. Kondziolka re: reorganization of debtor and documentation required for lender's counsel. | 0.50 |
| 07/13/11 | Barry Glazer | Prepare signature block. | 0.20 |
| 07/13/11 | Barry Glazer | Telephone conference with Jason Berne re signature block, loan document issues. | 0.20 |
| 07/13/11 | Barry Glazer | Emails to Jason Berne re signature block. | 0.20 |
| 07/13/11 | Barry Glazer | Conference with Richard L. Gayle re signature block. | 0.20 |
| 07/13/11 | Nancy Kondziolka | Prepare Certificate of Merger for Pennsylvania qualified entities. | 0.50 |
| 07/13/11 | Nancy Kondziolka | Prepare Application for Foreign Qualification for Ventana Hills Apartments, LLC (IL). | 0.50 |
| 07/13/11 | Nancy Kondziolka | Electronic communication exchange with Norine Nagel of National Registered Agents, Inc. re: same. | 0.30 |
| 07/13/11 | Nancy Kondziolka | Organize documents for review and execution. | 0.80 |
| 07/13/11 | Nancy Kondziolka | Research Pennsylvania and Ohio mergers with IL limited liability company. | 1.00 |
| 07/13/11 | Richard H. Fimoff | Conference with Richard L. Gayle re loan documents and CBO issues. | 0.10 |
| 07/13/11 | Richard H. Fimoff | Conference with Richard H. Fimoff re terms of loan documents and CRO selection isues. | 0.10 |
| 07/13/11 | Richard L. Gayle | Confer with Barry Glazer re signature block. | 0.20 |
| 07/14/11 | Barry Glazer | Conference with Richard H. Fimoff re loan document status. | 0.30 |

| | | | |
|---|---|---|---|
| 07/14/11 | Richard H. Fimoff | Revise joint plan to accommodate timing issues. | 0.40 |
| 07/14/11 | Richard H. Fimoff | Conference with B. Glazer re status of open issues in loan redocumentation. | 0.30 |
| 07/14/11 | Richard H. Fimoff | Telephone conference with client re status of CRO search and discussions with Lincoln and Hilco. | 0.50 |
| 07/14/11 | Richard L. Gayle | Confer with Mr. Djurin re: CRO issue. | 0.20 |
| 07/15/11 | Richard H. Fimoff | Communicate with attorney for bank re changes to joint plan and proffer. | 0.60 |
| 07/15/11 | Richard H. Fimoff | Work on revisions to joint plan, proffer and stipulation. | 2.00 |
| 07/15/11 | Richard H. Fimoff | Telephone conference with client re changes to joint plan. | 0.20 |
| 07/18/11 | Nancy Kondziolka | Discuss status of reorganization with Caroline S. Smith. | 0.10 |
| 07/18/11 | Nancy Kondziolka | Electronic communication to Richard L. Gayle and Barry Glazer re: same. | 0.10 |
| 07/18/11 | Nancy Kondziolka | Scan and forward corporate reorganization documentation for Illinois, Pennsylvania and Ohio to Ivan and Angie Djurin with directions for execution. | 0.50 |
| 07/18/11 | Richard H. Fimoff | Communicate with attorney for bank and with accountants re discrepancy in adequate protection and prepetition payments. | 0.40 |
| 07/18/11 | Richard H. Fimoff | Work on revisions to joint plan, proffer and stipulation. | 1.00 |
| 07/18/11 | Richard H. Fimoff | Telephone conference with client re changes to affidavit in support of confirmation. | 0.30 |
| 07/18/11 | Richard H. Fimoff | Revise affidavit. | 0.30 |
| 07/18/11 | Richard H. Fimoff | Conference with Richard L. Gayle re CRO  Joint Plan and loan document issues, approval of plan. | 1.00 |
| 07/18/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: CRO and other open issues to be addressed in connection with Joint Plan and loan documents. | 1.00 |
| 07/19/11 | Barry Glazer | Telephone conference with Jason Berne re loan documents, CRO and guaranty. | 0.20 |
| 07/19/11 | Barry Glazer | Conference with Richard L. Gayle re open issues for documents. | 0.20 |
| 07/19/11 | Richard H. Fimoff | Conference with Richard L. Gayle re open isseus, and approval of Joint Plan. | 0.60 |
| 07/19/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: resolution of final open issues and approval of Joint Plan and loan documents. | 0.60 |
| 07/19/11 | Richard L. Gayle | Confer with Barry Glazer re open issues, loan documents. | 0.20 |
| 07/20/11 | Barry Glazer | Conference with Richard H. Fimoff re Guaranty issues. | 0.20 |
| 07/20/11 | Barry Glazer | Draft Management Agreement. | 0.50 |
| 07/20/11 | Barry Glazer | Conference with Caroline S. Smith re Management Agreement. | 0.20 |
| 07/20/11 | Barry Glazer | Review loan documents re bankruptcy issues. | 0.30 |
| 07/20/11 | Barry Glazer | Conference with Caroline S. Smith re entity documents. | 0.30 |
| 07/20/11 | Caroline S. Smith | Conference with Barry Glazer re Management Agreement. | 0.20 |
| 07/20/11 | Caroline S. Smith | Review and revise Management Agreement for Ventana Hills. | 0.50 |
| 07/20/11 | Caroline S. Smith | Conference with Barry Glazer re entity documents. | 0.30 |

| | | | |
|---|---|---|---|
| 07/20/11 | Caroline S. Smith | Preparation of Operating Agreement for Ventana Hills Apartments LLC. | 0.70 |
| 07/20/11 | Nancy Kondziolka | File Subchapter S Election for Ventana Hills, Inc. with the Internal Revenue Service. | 0.30 |
| 07/20/11 | Nancy Kondziolka | Collate signature pages for entity documents and organize documents for filing. | 0.30 |
| 07/20/11 | Richard H. Fimoff | Conference with Barry Glazer re Guaranty. | 0.20 |
| 07/20/11 | Richard H. Fimoff | Review Anglo revisions to joint plan, proffer of evidence, stipulation and order of confirmation, confer with Anglo attorneys re changes and revising documents. | 2.00 |
| 07/20/11 | Richard H. Fimoff | Telephone conference with client re changes to final documents and conduct of confirmation hearing. | 0.50 |
| 07/20/11 | Richard H. Fimoff | Review and revise of guaranty. | 0.80 |
| 07/20/11 | Richard H. Fimoff | Communicate with attorney for bank and client re terms of guaranty. | 0.50 |
| 07/20/11 | Richard L. Gayle | Review and modify Angie Djurin guaranty. | 0.80 |
| 07/20/11 | Richard L. Gayle | Telephone conferences with counsel for Anglo Irish and client re: same. | 1.00 |
| 07/21/11 | Marshall K. Brown | Review correspondence re entity documents. | 0.20 |
| 07/21/11 | Marshall K. Brown | Review corporate filings. | 0.20 |
| 07/21/11 | Marshall K. Brown | Review operating agreement. | 0.10 |
| 07/21/11 | Nancy Kondziolka | Electronic communication with Richard L. Gayle re: reorganization filings with appropriate states and status. | 0.30 |
| 07/21/11 | Richard H. Fimoff | Prepare for and attend confirmation hearing. | 1.70 |
| 07/21/11 | Richard H. Fimoff | Meeting with client re effect of confirmation on operations, banking, etc. | 0.50 |
| 07/21/11 | Richard H. Fimoff | Communicate with Ed Terry re status of CRO retention agreement and bank approval of same. | 0.30 |
| 07/21/11 | Richard H. Fimoff | Conference with Richard L. Gayle re Joint Plan. | 0.30 |
| 07/21/11 | Richard L. Gayle | Confer with Richard H. Fimoff re final Joint Plan. | 0.30 |
| 07/22/11 | Barry Glazer | Conference with Richard L. Gayle re loan documents. | 0.20 |
| 07/22/11 | Barry Glazer | Review loan documents. | 0.30 |
| 07/22/11 | Richard H. Fimoff | Review documentation to be completed with bank. | 0.50 |
| 07/22/11 | Richard H. Fimoff | Review Hilco retention agreement. | 0.60 |
| 07/22/11 | Richard H. Fimoff | Review North Street management agreement. | 0.50 |
| 07/22/11 | Richard H. Fimoff | Telephone conference with attorney for bank re unresolved issues, and payment of taxes and administrative claims. | 0.50 |
| 07/22/11 | Richard L. Gayle | Confer with Barry Glazer re: new loan documents and open issues. | 0.20 |
| 07/22/11 | Richard L. Gayle | Email from Jason Berne re loan documents. | 0.10 |

| | | | |
|---|---|---|---|
| 07/22/11 | Richard L. Gayle | Review title issues. | 0.20 |
| 07/23/11 | Barry Glazer | Review loan documents. | 0.80 |
| 07/23/11 | Barry Glazer | Revise Management Agreement. | 0.50 |
| 07/23/11 | Barry Glazer | Draft Certificate and Resolutions. | 0.50 |
| 07/23/11 | Barry Glazer | Draft Manager's Certificate and Resolutions. | 0.50 |
| 07/23/11 | Barry Glazer | Draft title clearance documents. | 1.00 |
| 07/23/11 | Barry Glazer | Draft attorney's opinion. | 0.30 |
| 07/25/11 | Barry Glazer | Conference with Richard H. Fimoff re CRO, loan issues; | 0.70 |
| 07/25/11 | Barry Glazer | Review loan document. | 0.50 |
| 07/25/11 | Barry Glazer | Review and revise certifications. | 0.30 |
| 07/25/11 | Nancy Kondziolka | File Articles of Merger with IL Secretary of State. | 0.30 |
| 07/25/11 | Richard H. Fimoff | Office conference with B. Glazer re CRO and loan documentation terms. | 0.70 |
| 07/25/11 | Richard H. Fimoff | Telephone conference with L. Bayles re same and choosing effective date. | 0.30 |
| 07/26/11 | Barry Glazer | Review and revise Certifications and title clearance documents. | 0.50 |
| 07/26/11 | Marshall K. Brown | Review correspondence re: reorganization of entities. | 0.20 |
| 07/26/11 | Marshall K. Brown | Review Articles, Forms 2553 and FEIN letters. | 0.50 |
| 07/26/11 | Nancy Kondziolka | Compile reorganization documents, scan and forward to National Registered Agents, Inc. for pre-filing review. | 0.50 |
| 07/26/11 | Richard H. Fimoff | Telephone conference with attorney for bank re loan documentation and approval of CRO retention agreement. | 0.50 |
| 07/26/11 | Richard L. Gayle | Telephone conferences with Bill Huml and Rhonda Landry re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.70 |
| 07/26/11 | Richard L. Gayle | Telephone conference with Angie re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.20 |
| 07/27/11 | Marshall K. Brown | Conference and correspondence with Nancy K. Kondziolka re: corporate filings. | 0.40 |
| 07/27/11 | Nancy Kondziolka | Check status of Illinois merger; communication with Norine Nagel of National Registered Agent Services, Inc. re: same. | 0.20 |
| 07/27/11 | Nancy Kondziolka | Conference with Marshall K. Brown re corporate filings. | 0.40 |
| 07/27/11 | Richard H. Fimoff | Review of statement of legal fees of attorneys for taxing authorities. | 0.30 |
| 07/27/11 | Richard H. Fimoff | Communicate with client re legal fees of attorneys for taxing authorities. | 0.20 |
| 07/27/11 | Richard H. Fimoff | Review of claim for taxing authorities. | 0.40 |

| | | | |
|---|---|---|---|
| 07/27/11 | Richard H. Fimoff | Communicate with client re legal fees for taxing authorities. | 0.10 |
| 07/27/11 | Richard H. Fimoff | Review of organizational documents for Reorganized Debtor. | 0.50 |
| 07/27/11 | Richard H. Fimoff | Communicate with attorneys for Anglo Irish re same and inclusion of CRO language. | 0.40 |
| 07/27/11 | Richard L. Gayle | Review email from Ms. Bayles and confer with Richard H. Fimoff re: Anglo's suggested revisions to Management Agreement and related issues. | 0.20 |
| 07/28/11 | Marshall K. Brown | Conference with Nancy K. Kondziolka re entity status. | 0.30 |
| 07/28/11 | Marshall K. Brown | Consider questions re: PA merger and confirm IL filing. | 0.30 |
| 07/28/11 | Marshall K. Brown | Inquiry re status of North Street Management reorganization. | 0.10 |
| 07/28/11 | Nancy Kondziolka | Review file stamped Articles of Merger for Ventana Hills, LLC, Illinois. | 0.30 |
| 07/28/11 | Nancy Kondziolka | File Certificates of Merger in Ohio and Pennsylvania. | 0.40 |
| 07/28/11 | Nancy Kondziolka | File Application for Authority in Pennsylvania. | 0.30 |
| 07/28/11 | Nancy Kondziolka | Electronic communication with Norine Nagel of Registered Agent Services, Inc. re: order of filing. | 0.30 |
| 07/28/11 | Nancy Kondziolka | Prepare Docketing Statement for State of Pennsylvania merger and qualification. | 0.30 |
| 07/28/11 | Nancy Kondziolka | Revise merger documents pursuant to Ohio and Pennsylvania mandates. | 0.30 |
| 07/28/11 | Nancy Kondziolka | Conference with Marshall K. Brown re status of entities. | 0.30 |
| 07/28/11 | Richard L. Gayle | Telephone conference with Mr. Djurin re: organizational and accounting issues. | 0.20 |
| 07/28/11 | Richard L. Gayle | Review Management Agreement revisions, subordination and control agreement issues and organizational documents. | 0.60 |
| 07/29/11 | Richard H. Fimoff | Review and revise Hilco agreement. | 0.40 |
| 07/29/11 | Richard H. Fimoff | Review of bank's changes to management agreement. | 0.30 |
| 07/29/11 | Richard H. Fimoff | Conference with Richard L. Gayle and telephone conference with Ms. Bayles re loan documents. | 0.30 |
| 07/29/11 | Richard L. Gayle | Confer with Richard H. Fimoff and Ms. Bayles re: loan document questions and issues, | 0.30 |
| 07/29/11 | Richard L. Gayle | Review comments on CRO agreement. | 0.10 |
| 08/01/11 | Nancy Kondziolka | Prepare Pennsylvania Statement of Merger. | 0.60 |
| 08/01/11 | Nancy Kondziolka | Forward to Angie Djurin for execution. | 0.20 |
| 08/01/11 | Richard H. Fimoff | Review Hilco CRO agreement compare term sheet and plan re CRO duties. | 0.80 |
| 08/01/11 | Richard H. Fimoff | Communicate with attorneys for bank re changes to agreement. | 0.30 |
| 08/01/11 | Richard L. Gayle | Confer with Mr. Bickel re: comments on Anglo Irish loan and related documents. | 0.30 |
| 08/01/11 | Todd A. Bickel | Revise loan documents. | 3.00 |
| 08/01/11 | Todd A. Bickel | Emails with lender's counsel regarding loan documents. | 0.20 |
| 08/01/11 | Todd A. Bickel | Conferences with attorney R. Gayle regarding loan modifications and lender revisions. | 0.30 |

| | | | |
|---|---|---|---|
| 08/02/11 | Richard H. Fimoff | Telephone conference with L. Bayles re suggested changes to Hilco CRO agreement | 0.40 |
| 08/02/11 | Richard H. Fimoff | Telephone conference with L. Bayles re suggested changes to North Street management agreement. | 0.40 |
| 08/02/11 | Richard H. Fimoff | Revise North Street management agreement. | 0.70 |
| 08/02/11 | Richard H. Fimoff | Revise Hilco CRO agreement. | 0.50 |
| 08/02/11 | Richard H. Fimoff | Telephone conference with T. Bickel and J. Berne re open issues on loan documentation. | 0.50 |
| 08/02/11 | Richard L. Gayle | Confer with Mr. Bickel re: outstanding loan document issues to be addressed and resolved. | 0.30 |
| 08/02/11 | Todd A. Bickel | Conference call with lender's counsel and Richard F. Fimoff re loan documents. | 1.00 |
| 08/02/11 | Todd A. Bickel | Conference with Richard L. Gayle re loan document issues. | 0.30 |
| 08/02/11 | Todd A. Bickel | Review additional loan documents. | 1.70 |
| 08/03/11 | Nancy Kondziolka | Review executed Statement of Merger for Pennsylvania. | 0.20 |
| 08/03/11 | Nancy Kondziolka | Forward to Norine Nagle at NRAI Services for filing. | 0.10 |
| 08/03/11 | Richard H. Fimoff | Prepare North Street management agreement. | 0.50 |
| 08/03/11 | Richard H. Fimoff | Review subordination agreement. | 0.40 |
| 08/03/11 | Richard H. Fimoff | Telephone conference with client re account control agreement. | 0.30 |
| 08/03/11 | Richard H. Fimoff | Review additional bank changes to Hilco CRO agreement. | 0.40 |
| 08/03/11 | Richard H. Fimoff | Communicate with attorney for bank re same. | 0.20 |
| 08/03/11 | Richard L. Gayle | Conference with Mr. Bickel re loan terms. | 0.30 |
| 08/03/11 | Todd A. Bickel | Conferences with attorney R. Gayle regarding loan terms. | 0.30 |
| 08/03/11 | Todd A. Bickel | Emails and telephone conference with lender's attorney. | 0.20 |
| 08/03/11 | Todd A. Bickel | Review additional loan document drafts. | 0.40 |
| 08/04/11 | Caroline S. Smith | Draft and revise entity documents. | 1.50 |
| 08/04/11 | Nancy Kondziolka | Review organizational structure of entities. | 0.20 |
| 08/04/11 | Nancy Kondziolka | Review closing checklist submitted by Anglo Irish Bank. | 0.30 |
| 08/04/11 | Richard H. Fimoff | Telephone conference with attorney for Anglo Irish Bank re changes to CRO agreement re management responsibilities. | 0.40 |
| 08/04/11 | Richard H. Fimoff | Review of changes to North Street management agreement. | 0.30 |
| 08/04/11 | Todd A. Bickel | Review additional loan documents. | 0.50 |
| 08/04/11 | Todd A. Bickel | Review new entity materials prepared by attorney Smith. | 0.50 |
| 08/08/11 | Caroline S. Smith | Meeting with Todd Bickel, Richard Fimoff and Nancy Kondziolka regarding loan documents for Anglo Irish transaction. | 0.50 |
| 08/08/11 | Nancy Kondziolka | Meeting with Todd Bickel, Richard H. Fimoff and Caroline S. Smith re: closing documents and review closing checklist. | 0.50 |
| 08/08/11 | Richard H. Fimoff | Office conference with T. Bickell and Nancy Kondziolka to review closing checklist and documents remaining to be drafted and approved. | 0.50 |
| 08/08/11 | Richard H. Fimoff | Telephone conference with client and Richard L. Gayle re changes to Property Management Agreement. | 0.50 |
| 08/08/11 | Richard L. Gayle | Telephone conference with Mr. and Mrs. Djurin and Richard H. Fimoff re: modifications to Management Agreement. | 0.50 |
| 08/08/11 | Todd A. Bickel | Telephone conference with lender's counsel re loan documents. | 0.20 |
| 08/08/11 | Todd A. Bickel | Review revised loan documents. | 0.80 |
| 08/08/11 | Todd A. Bickel | Meeting with attorneys R. Fimoff and C. Smith and Ms. Kondziolka re checklist. | 0.50 |
| 08/09/11 | Barry Glazer | Conference with Todd Bickel re status of original Ventana loan documents. | 0.30 |
| 08/09/11 | Nancy Kondziolka | Review Anglo Irish General Mandate for Ventana Hills Apartments, LLC. | 0.30 |

| | | | |
|---|---|---|---|
| 08/09/11 | Nancy Kondziolka | Complete General Mandate for Angelina Djurin signature. | 0.30 |
| 08/09/11 | Nancy Kondziolka | Prepare By-Laws for Ventana Hills, Inc. | 0.50 |
| 08/09/11 | Richard H. Fimoff | Revise property management agreement. | 1.00 |
| 08/09/11 | Richard H. Fimoff | Communicate with attorney for Anglo Irish bank re same. | 0.30 |
| 08/09/11 | Todd A. Bickel | Review and revise remaining loan documents. | 1.20 |
| 08/09/11 | Todd A. Bickel | Telephone conference with lender's counsel re loan documents. | 0.10 |
| 08/09/11 | Todd A. Bickel | Conference with attorney B. Glazer re original Ventana documents. | 0.30 |
| 08/09/11 | Todd A. Bickel | Draft Opinion letter. | 0.10 |
| 08/10/11 | Nancy Kondziolka | Obtain Certificates of Good Standing for Ventana Hills Apartments, LLC, Ventana Hills, Inc. | 0.50 |
| 08/10/11 | Nancy Kondziolka | Obtain certified copies of Articles of Organization and Articles of Incorporation for Ventana entities. | 0.50 |
| 08/10/11 | Nancy Kondziolka | Organize closing documents. | 0.40 |
| 08/10/11 | Nancy Kondziolka | Follow up re: status of Pennsylvania merger | 0.10 |
| 08/10/11 | Todd A. Bickel | Provide comments to lender's revisions to loan documents; | 0.80 |
| 08/10/11 | Todd A. Bickel | Emails to lender's counsel. | 0.30 |

| | |
|---|---|
| BG | 18.40 |
| CSS | 4.20 |
| MKB | 18.80 |
| NK | 27.20 |
| RHF | 62.40 |
| RLG | 19.90 |
| TAB | 12.70 |
| TOTAL: | 163.60 |

# EXHIBIT D

**EXHIBIT D**
**FEE PETITION**
**VENTANA HILLS ASSOCIATES, LTD.**
**EXPENSES**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 6/6/2011 | PACER | $19.20 |
| 6/22/2011 | Postage Fee | $81.74 |
| 7/7/2011 | PACER | $182.40 |
| 7/28/2011 | Incorporation Fee | $281.25 |
| 7/28/2011 | Filing Fee | $612.75 |
| 8/10/2011 | Certified Copies | $75.00 |
| 8/10/2011 | Certified Copies | $75.00 |
| 8/10/2011 | Filing Fee | $375.00 |
| 8/10/2011 | Filing Fee | $440.00 |
| | | $2,142.34 |

2142.34