# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 09-41755** |
| | ) | **Chapter 11** |
| **VENTANA HILLS ASSOCIATES, LTD.** | ) | **Hon. Pamela S. Hollis** |
| **an Ohio limited partnership,** | ) | **(substantively consolidated)** |
| | ) | **Hearing Date: September 20, 2011** |
| | ) | **Hearing Time: 10:00 a.m.** |

## AMENDED
## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

(a)    Eighth and Final Application of Robbins, Salomon & Patt, Ltd., as Attorneys for the Debtor and Debtor in Possession from November 4, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $352,694.35 and Reimbursement of Expenses of $9,666.90 of which $290,442.85 for fee has been previously paid and $5,089.13 for expenses has previously been paid leaving a balance due of $62,251.50 for professional fees provided and $4,577.77 for expenses incurred;

(b)    Seventh and Final Application of William E. Huml & Company, Ltd., as Accountant for the Debtor and Debtor in Possession from November 3, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $81,208.90, of which $74,608.90 have previously been paid and Reimbursement of Expenses of $476.35, of which $356.15 has previously been paid, leaving an amount unpaid of $6,600.00 as Payment of Compensation and $120.20 as Reimbursement of Expenses;

*Copies of Robbins, Salomon & Patt, Ltd.'s and William E. Huml & Company, Ltd.'s fee petitions are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

**Robbins, Salomon & Patt, Ltd.**

By:    /s/Richard H. Fimoff
       Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

F2628502

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon Patrick S. Layng, U.S. Trustee and Anglo Irish Bank Mortgage c/o Bryan Cave Law Firm, via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system or, in the case of the Debtor's Unsecured Creditors (see list below), by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on the 26th day of August, 2011.

/s/Richard H. Fimoff

Leslie Allen Bayles    leslie.bayles@bryancave.com
Abraham Brustein    abrustein@dimonteandlizak.com
Devon J Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
Joseph D Frank    jfrank@fgllp.com,
ccarpenter@fgllp.com;knewman@menterlaw.com;jkleinman@fgllp.com
Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
Ira P Goldberg    igoldberg@dimontelaw.com, dbecker@dimontelaw.com
Aaron L Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
Steve Jakubowski    sjakubowski@colemanlawfirm.com
Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Patrick S. Layng    USTPRegion11.ES.ECF@usdoj.gov
Eric S. Prezant    eric.prezant@bryancave.com
Julia Jensen Smolka    jjensen@dimonteandlizak.com

Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Randal Dawson
311 S. Wacker, Suite 600
Chicago, IL 60606

Goldberg, Kamin & Garvin LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-9101

David A Wolf
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6101

Allegheny County, PA
John Weinstein

Room 108, Court House
Pittsburgh, PA  15219-2497

Allegheny Pest Control
P.O. Box 783
Jefferson Hills, PA  15025

Anglo Irish Bank
c/o BryanCave
161 N. Clark St. Ste 4300
Chicago, IL  60601

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA  30384-2168

FZ628502

Apartments.com/Classified Vent
2563 Collection Center Drive
Chicago, IL  60693

Assurance Agency Ltd.
PO Box 66056
Chicago, IL  60666-0056

Assurant Health
501 West Michigan
Attn:  Dawn Spartz
Milwaukee, WI  53203

Best Karpet Klean - Pittsburgh
1477 E. 357th Street
Eastlake, OH  44095

Cauley Security Services
5777 Baum Blvd.
Pittsburgh, PA  15206-3745

Coatsworth Painting
117 Hoffman Road
Zelienople, PA  16066

Cort Business Services
1201 Brighton Road
Pittsburgh, PA  15233

County of Allegheny, PA
c\o John Weinstein
Room 108, Court House
Pittsburgh, PA  15219-2497

Crystal and Hinckley Springs
6750 Discovery Blvd.
Attn: Anika Johnson
Mableton, GA  30126

Delaney
P.O. Box 325
Sturgeon, PA  15082

Doggie Walk Bags, Inc.
P.O. Box 228
Balboa Island, CA  92662

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA  15222-4719

Firedex
9133 Marshall Road
Cranberry Townsh, PA  16066

Floor Designs Unlimited LLC
3330 Library Road
Pittsburgh, PA  15234

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL  60675-1705

For Rent Magazine
c/o United Advertising Publica
18943 - 120th Avenue N.E. #101
Bothell, WA  98011

Ford Business Machines Inc.
700 Laurel Drive
Attn:  Angie
Connellsville, PA  15425

G&G Fitness Equipment Inc.
7350 Transit Road
Williamsville, NY  14221

General Electric Co.
Dhaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

General Electric Co.
PO Box 640506
Pittsburgh, PA  15264-0506

General Electric-Atlanta
Dhaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

Grainger
7300 N. Melvina
Dept. Mes17
Niles, IL  60714

Guardian Protection Services
174 Thorn Hill Road
Warrendale, PA  15086

HD Supply Facilities Maint.
PO Box 509058
San Diego, CA  92150-9058

Henry Frohling
353 Birch Avenue
Pittsburgh, PA  15228

Illustratus
8455 Lenexa Drive
Overland Park, KS  66214

InterTech Security of PA
1501 Preble Avenue
Suite 6
Pittsburgh, PA  15233-2248

Ivan Djurin
c\o North Street Properties
100N. Field Dr., Ste 110
Lake Forest, IL  60045-0000

Jeffrey P. Myers
17025 Perry Highway
Warrendale, PA  15086-7547

JML Landscape Management
978 Route 910
Pittsburgh, PA  15238

Kurtanich
3001 Fallbrook Drive
Moon Township, PA  15108

Leaf
PO Box 644006
Cincinnati, OH  45264

Lifelink-Intertech
1501 Preble Avenue
Suite 6
Pittsburgh, PA  15233

Lisa Swazuk
148 Owendale Avenue
Pittsburgh, PA  15227

Mongiovi & Son Plumbing
190 Bilmar Drive
Suite 100
Pittsburgh, PA  15205

Montour School District
c\o Jordan Tax Service
102 Rahway Road
McMurray, PA  15317-3349

Move Sales, Inc.
P.O. Box 4455,
ATTN Accts Recv
Scottdale, AZ  85281

Mt. Lebonon Awning Company
P.O. Box 27
Presto, PA  15142

Muzak
1711 Douglass Drive
Pittsburgh, PA  15221

National Apartment Association
PO Box 75219
Baltimore, MD  21275

National City Credit Card
P.O. Box 856176
Louisville, KY  40285

North Street Properties Inc.
100 Field Drive, #110
Lake Forest, IL  60045-0000

Overhead Door Company
400 Poplar Street
Pittsburgh, PA  15223

Painting Pro
 RRI Box 180
Moundsville, WV  26041

Premier Safety & Service, Inc.
2 Industrial Park Drive
Oakdale, PA  15071

Quill Corporation
PO Box 37600
Philadelphia, PA  19101

Rent.com
Payment Cnt, Department 1987
Los Angeles, CA  90084

Residential Data, Inc.
c/o LexisNexis
P. O. Box 7247-7782
Philadelphia, PA  19170-7782

Robinson Twp-Allegheny County
c/o David A. Wolf, Esq.
1806 Frick Building, 437 Grant
Pittsburgh, PA  15219-6101

Sherwin Williams Co.
1096 Washington Pike
Bridgeville, PA  15017

C&T Cleaning Company
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Cauley Security Services
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Rental Guide
2699 White Road, Suite 255
c/o Tammy Garza/Scott August
Irvine, CA  92614

Trautman Window Cleaning
c/o Tammy Garza/Scott August
2699 White Rd., Ste. 255
Irvine, CA  92614

Steratore Sanitary Supply
PO Box 16
Washington, PA  15301

Township of Robinson
PO Box 15539
Pittsburgh, PA  15244

Township of Robinson Police
1000 Church Hill Road
Pittsburgh, PA  15205

US Abe Uniform & Clothing
807 E. Carson Street
Pittsburgh, PA  15203

US Power Wash
807 East Carson Street
Pittsburgh, PA  15203

Ventana Hills Associates, Ltd.
c\o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

Waste Management
Bankruptcy Dept.
2625 West Grandview, Ste. 210
Phoenix, AZ  85023

Western Pennsylvania Apartment
PO Box 3165
Pittsburgh, PA  15230

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA  30384-2168

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  VENTANA HILLS ASSOCIATES, LTD., an )
      Ohio limited partnership, and         )
      VENTANA HILLS PHASE II, L.P., an Ohio )    Bankruptcy No. _____ 09-41755 _____
      limited partnership,             )
                  Debtor.     )    Chapter      _____ 11 _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ **WILLIAM E. HUML & COMPANY, LTD.** _____

Authorized to Provide Professional Services to: _____ **DEBTOR IN POSSESSION** _____

Date of Order Authorizing Employment: _____ November 24, 2009 _____

Period for Which Compensation is Sought:
From _____ June 15 _____ , 2011 through _____ August 18 _____ , 2011

Amount of Fees Sought:  $ 6,600.00

Amount of Expense Reimbursement Sought:  $ 120.20

This is an:    Interim Application _____    Final Application ✔

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 2/18/2010 | 11/4/09-1/28/10 | 22,584.00 | 21,103.40 | 21,103.40 |
| 6/7/2010 | 1/29/10-4/30/10 | 12,546.00 | 12,504.00 | 12,504.00 |
| 8/25/2010 | 5/1/10-7/31/10 | 14,059.50 | 13,974.50 | 13,974.50 |
| 11/29/2010 | 8/1/10-10/31/10 | 9,236.00 | 9,236.00 | 9,236.00 |
| 3/28/2011 | 11/1/10-1/31/11 | 8,154.78 | 8,122.78 | 8,122.78 |
| 6/21/2011 | 2/1/11-5/31/11 | 10,024.37 | 10,024.37 | 10,024.37 |

Dated: _____ September 2, 2011 _____    _____ /s/ Richard H. Fimoff _____
                                           (Counsel)

(Rev 11/19/10)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 09-41755** |
| **VENTANA HILLS ASSOCIATES, LTD.** | ) | **Chapter 11** |
| **an Ohio limited partnership, and VENTANA** | ) | **Hon. Pamela S. Hollis** |
| **HILLS PHASE II, L.P., an Ohio limited** | ) | **(substantively consolidated)** |
| **partnership** | ) | |
| | ) | |
| | ) | |

## SEVENTH AND FINAL APPLICATION OF WILLIAM E. HUML & COMPANY, LTD., AS ACCOUNTANTS FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes William E. Huml & Company, Ltd. ("WEH") as accountants for the Ventana Hills Associates, Ltd.[1], debtor and debtor in possession herein, and for its Seventh Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

### JURISDICTION

1.     On November 3, 2009, Ventana Hills Associates, Ltd., filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case. On November 3, 2009, Ventana Hills Phase II, LP., filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois

---

[1] Ventana Hills Associates, Ltd has been substantively consolidated with Ventana Hills Phase II, L.P. pursuant to court order dated January 14, 2010.

(the "Court"), commencing the its Chapter 11 case, 09-41758. (collectively Ventana Hills Associates, Ltd and Ventana Hills Phase II, L.P. are referred to as the "Debtor") The Debtor continues to operate its business and manage its properties as Debtor-in-Possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

2.     No creditors' committee has been appointed in these cases.

3.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.     The bases for the relief requested herein are sections 327, 328 and 330 of the Bankruptcy Code and the inherent equitable powers of this Court.

5.     On November 17, 2009 this Court entered an order authorizing the joint administration of the Ventana Hills Associates, Ltd.'s case, 09-41755 with the Ventana Hills Phase II, L. P. case, 09-41758.

6.     On January 14, 2010 entered an order authorizing the substantive consolidation of the Ventana Hills Phase II, L. P. case, 09-41758 into the Ventana Hills Associates, Ltd.'s case, 09-41755.

7.     On July 21, 2011, this Court confirmed the Joint Plan of Reorganization propounded by debtor and Anglo Irish Bank Corporation [Docket No. 347].

## BACKGROUND

8.     Ventana Hills Associates, Ltd., jointly with Ventana Hills Phase II, LP are the owners and operators of a residential apartment project located in Pittsburgh, Pennsylvania, known as "Ventana Hills Apartments".

2

FZ6137

9. Ventana Hills Apartments was constructed in 2002 as a rental apartment community, in two phases, and was purchased by the Debtor in 2004 for $50,000,000.00.

10. Ventana Hills Apartments is comprised of 470 residential rental apartment units located in 30 buildings spread over 63 acres. In addition, the complex contains clubhouse and garage buildings.

11. Residential apartment units at Ventana Hills Apartments lease for rentals ranging from $799.00 to $1469.00 per month. Leases for residential apartment units are for terms from three month to one year.

12. The Debtor's operational and profitability problems were principally due to the general economic problems of the country over the last several years which had resulted in periodic declines in occupancy levels, and the extended time required to bring occupancy levels back to proper levels. This was exacerbated in Debtor's case by reason of fixed interest rate financing at levels substantially above current interest levels.

13. On November 24, 2009 this Court entered an order authorizing the Debtor to retain WEH as its accountant in these Chapter 11 proceedings as of the inception of these cases, with WEH's compensation to be determined by this Court.

14. WEH is not currently holding a retainer on behalf of the Debtor.

15. From the inception of these proceedings, November 3, 2009 through the present date, WEH acted as accountant for Debtor and Debtor in possession in these Chapter 11 proceedings, and continues to act as such accountant.

3

FZ6137

## RELIEF REQUESTED

16.     By this Application, WEH seeks

a) the entry of an order allowing WEH final compensation in the amount of $81,208.90 for services provided to the debtor and debtor in possession during the period from November 3, 2009 through August 18, 2011 of which $74,608.90 has been previously paid;

b) the entry of an order allowing WEH final reimbursement in the amount of $476.35, for reimbursement of expenses incurred in connection with the performance of WEH's services during the period from November 3, 2009 through August 18, 2011 of which $120.20 has been previously paid; and,

c) the entry of an order directing the Debtor to pay to WEH the amounts this Court allows WEH as its final compensation and reimbursement of expenses.

## ACCOUNTING SERVICES RENDERED

17.     The total time expended by WEH in connection with this Chapter 11 case during the period commencing June 1, 2011 through and including August 18, 2011 is 51.00 hours as follows:

| WEH Staff | Hours |
| --- | --- |
| William E. Huml | 1.90 |
| Ronda Landry | 24.90 |
| Karen Kolb | 24.20 |
| Total: | 51.00 |

18.     The hourly rates charged by WEH for accounting services rendered in this bankruptcy case are as follows:

| WEH Staff | Rate |
| --- | --- |
| William E. Huml | $225.00 |

4

FZ6137

Ronda Landry                    $175.00

Karen Kolb                      $ 75.00

These hourly rates are the customary and usual rates which WEH charges clients on matters of this nature.

19.    The accounting services rendered by WEH during the period from June 1, 2011 through August 18, 2011, as more fully described in Exhibits A - B have been divided into the following general categories:

A.    General Administration

The accounting services rendered in this category relate to preparation and presentation of first day motions and other motions filed in this case, consulting with Debtor and Debtor's counsel re financial and operational issues created by filing of case, assisting Debtor with preparation of amendments to schedules and statement of financial affairs, assisting Debtor with the preparation and submission of operating reports, maintenance of Debtor's books and records, communicating with creditors regarding the inability to pay pre bankruptcy case obligations, preparation of operating reports and variance reports, computation of U. S. Trustee's fees.

Total Time Expended:       17.90 Hours

General Administrative services were performed by the following:

| WEH Staff | Hours |
|---|---|
| William E. Huml | 1.90 |
| Ronda Landry | 9.50 |
| Karen Kolb | 6.50 |
| Total: | 17.90 |

Attached to this Motion as Exhibit "A" is an itemization of the accounting services rendered in this category.

FZ6137

B.    Cash Collateral

The accounting services rendered in this category relate to the Debtor's use of the cash collateral

of Anglo-Irish Bank, including drafting of cash flow budgets for use of cash collateral,

preparation of variance reports, communications with Debtor's counsel on modifications of

budgets, working with Debtor's staff and managers to establish and comply with appropriate

cash collateral budgets, negotiation of changes in terms and items in cash collateral budgets,

responding to informational requests of secured lender.

Total Time Expended:        33.10 Hours

| WEH Staff | Hours |
|-----------|-------|
| Ronda Landry | 15.40 |
| Karen Kolb | 17.70 |
| Total: | 33.10 |

Attached to this Motion as Exhibit "B" is an itemization of the accounting services rendered

in this category.

20.    The total time expended by WEH in connection with this Chapter 11 case during

the period commencing June 1, 2011 through August 18, 2011, is 51.00 hours as follows:

| WEH Staff | Hours | Amount |
|-----------|-------|--------|
| William E. Huml | 1.90 | $427.50 |
| Ronda Landry | 24.90 | $4,357.50 |
| Karen Kolb | 24.20 | $1,815.00 |
| Total: | 51.00 | $6,600.00 |

**EXPENSES INCURRED**

21.    During the course of the representation of the Debtor in possession, WEH has

incurred necessary expenses for which reimbursement is sought. The total amount of these

6

FZ6137

expenses for the period commencing June 1, 2011 through August 18, 2011 is $120.20 for postage expenses incurred by WEH, which has previously not been reimbursed.

## CONCLUSION

22.    WEH's First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $22,584.00 in fees, and $0 as reimbursement of expenses. This Court awarded $21,103.40 in fees and $0 in reimbursement of expenses, which was paid from the retainer held by WEH and Debtor's cash flow.

23.    WEH's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $12,546.00 in fees, and $0 as reimbursement of expenses. This Court awarded $12,504.00 in fees and $0 in reimbursement of expenses, which was paid from Debtor's cash flow.

24.    WEH's Third Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $14,059.50 in fees, and $0 as reimbursement of expenses. This Court awarded $13,974.50 in fees and $0 in reimbursement of expenses, which was paid from Debtor's cash flow.

25.    WEH's Fourth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $9,236.00 in fees and $0.00 as reimbursement of expenses. This Court awarded $9,236.00 in fees and $0.00 in reimbursement of expenses, which was paid from Debtor's cash flow.

26.    WEH's Fifth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $7,975.50 in fees and $179.28 as reimbursement of expenses. This Court awarded $7,943.50 in fees and $179.28 in reimbursement of expenses, which was paid from Debtor's cash flow.

FZ6137

27.     WEH's Sixth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $9,847.50 in fees and $176.87 as reimbursement of expenses. This Court awarded $9,847.50 in fees and $176.87 in reimbursement of expenses, which was paid from Debtor's cash flow.

28.     Other than as provided in Section 504(b) of the Bankruptcy Code, WEH has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to WEH by any person, firm or entity.

29.     WEH asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary accounting services rendered, based upon the time, nature, extent and value of such accounting services. WEH further asserts that the cost of accounting services rendered for and on behalf of the Debtor in Possession is comparable to the cost of similar services in matters other than under the Bankruptcy Code. WEH has sometimes utilized two or three staff members to review and/or revise budgets or projections, participate in conference calls and to discuss strategy. WEH has attempted to keep such multiple participation to a minimum, but where utilized, given the size and complexity of this case, WEH believes that such participation was appropriate and is compensable.

30.     WEH asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in Possession in this Chapter 11 case.

WHEREFORE, for the foregoing reasons, William E. Huml & Company, Ltd., accountants for the Debtor in Possession, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

8

FZ6137

A.     Allowing final compensation and reimbursement of expenses to William E. Huml & Company, Ltd. in the amounts of $81,208.90 and $476.35 respectively for services provided and expenses incurred from November 3, 2009 through August 18, 2011 of which $74,608.90 for fee has been previously paid and $356.15 for expenses has previously been paid leaving a balance due of $6,600.00 for professional fees provided and $120.20 for expenses incurred and previously not reimbursed;

B.     Authorizing and directing payment by the Debtor in Possession to William E. Huml & Company, Ltd. of the sum of $6,720.20; and

C.     Granting such other relief as may be just and equitable.

Respectfully Submitted,

**WILLIAM E. HUML & COMPANY, LTD.**

BY: /s/ Richard H. Fimoff
One of the Debtor's Attorneys

Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
rfimoff@rsplaw.com

9

FZ6137

# EXHIBIT A

**EXHIBIT A**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**GENERAL ADMINISTRATION**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|
| Landry,Ron | 06/01/2011 | Prepare reporting for Trustee reports to include the Rent Rolls, A/R Aging and A/P Aging from the Yardi system | 0.20 |
| Landry,Ron | 06/01/2011 | Various paperwork received from Internal Revenue Service relating to the tax returns filed and the entity in which they were filed | 0.30 |
| Landry,Ron | 06/02/2011 | Further discussion with C. Davis regarding the Security Deposit payable account vs. the Security Deposit cash account | 0.30 |
| Kolb,Karen | 06/02/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for | 1.20 |
| Kolb,Karen | 06/07/2011 | Prepare and enter all journal entries and accruals into system;   print and reconcile financial statements for the month of May | 0.20 |
| Landry,Ron | 06/08/2011 | Research and obtain information on the Yardi discrepancies of the Security Deposit bank account vs. the Security Deposit Payable account; problem is identified and work is being done to correct the operational problem | 2.40 |
| Landry,Ron | 06/08/2011 | Review US Trustee reporting for month ending 5/31/11 | 0.30 |
| Kolb,Karen | 06/14/2011 | Prepare U.S. Trustee payroll reports | 0.30 |
| Landry,Ron | 06/29/2011 | Review and discuss the term sheet proposed by the parties; determine how the transition may happen and the important dates therein | 0.40 |
| Huml,Willi | 06/29/2011 | Reviewing with Ivan Djurin our duties with the transition out of Chap 11. | 0.50 |
| Kolb,Karen | 06/30/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of June | 1.20 |
| Landry,Ron | 07/01/2011 | Prepare quarterly trustee fee calculation and form for quarter ending 6/30/11 | 0.20 |
| Kolb,Karen | 07/01/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of June | 0.90 |
| Landry,Ron | 07/06/2011 | Work through the discrepancy on the trustee reporting for month ending 6/30/11 | 1.20 |
| Kolb,Karen | 07/07/2011 | Prepare and enter all payrolls, journal entries and accruals into system;   print financial statements for the month of June | 0.40 |
| Landry,Ron | 07/12/2011 | Review US Trustee reporting for month ending 6/30; obtain signatures from Debtor | 0.40 |
| Kolb,Karen | 07/13/2011 | Prepare and file Local Service Taxes for second quarter | 0.20 |
| Landry,Ron | 07/15/2011 | Review financial statements and account reconciliations for month ending June, 2011 | 0.30 |
| Landry,Ron | 07/18/2011 | Update schedule for attorney, R. Fimoff of all payments post-petition made to Anglo Irish | 0.30 |
| Landry,Ron | 07/19/2011 | Discuss with A. Djurin the items relating the post-Ch. 11 scenario with new entities in place | 0.20 |
| Landry,Ron | 07/26/2011 | Read through the joint plan or reorganization and new entity structure to determine whether new | 0.40 |

**EXHIBIT A**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**GENERAL ADMINISTRATION**

| Staff | Date | Description of work performed | Hours |
|-------|------|------------------------------|-------|
| | | bank accounts and payroll accounts need to be set up; also any tax implications and procedures; discuss same with A. Djurin | |
| Landry,Ron | 07/26/2011 | Telephone conference with attorney, R. Gayle and W. Huml regarding the plan of reorganization; discuss the new entities and the ownership therein | 0.20 |
| Huml,Willi | 07/26/2011 | A:Telephone with R. Gayle regarding the court joint agreement for termination. | 0.50 |
| Huml,Willi | 07/26/2011 | A:Time in reading and reviewing the joint plan of reorganization in order to plan for the accounting and structure change. | 0.50 |
| Kolb,Karen | 07/27/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of July | 0.50 |
| Kolb,Karen | 07/27/2011 | Prepare U.S. Trustee payroll reports for July | 0.30 |
| Landry,Ron | 08/02/2011 | Review with C. Davis the open payable for the pre-filing detail; make recommendations as to how to eliminate those payables if they were previously paid though Vendor Security Deposits | 0.30 |
| Kolb,Karen | 08/03/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of July | 1.00 |
| Huml,Willi | 08/08/2011 | Review weekly checks and bills, sign and mail | 0.40 |
| Kolb,Karen | 08/08/2011 | Prepare and enter all payrolls, journal entries and accruals into system;   reconcile all general ledger accounts and print financial statements for the month of July | 0.30 |
| Landry,Ron | 08/08/2011 | Review US Trustee reports for month ending 7/31/11; input all payroll verification information | 0.40 |
| Landry,Ron | 08/10/2011 | Review the open real estate tax notices and final taxes claimed; email I. Djurin accordingly with clarification and calculations | 0.40 |
| Landry,Ron | 08/10/2011 | Correct the trustee report for month ending 7/31/11; ready the packet for Debtor's signatures | 0.30 |
| Landry,Ron | 08/10/2011 | Gather information relating to the discrepancies between the Sec. Dep. Payable and the Sec. Dep. Cash Account; prepare notes to discuss with Debtor | 0.20 |
| Landry,Ron | 08/10/2011 | Review financial statements for month ending 7/31/11 | 0.30 |
| Landry,Ron | 08/11/2011 | Discuss with Debtor the issues surrounding the discrepancies in the security deposit payable and cash accounts | 0.20 |
| Landry,Ron | 08/16/2011 | Research issue with the payroll journal entry and the erroneous coding to 44555 instead of 44500 | 0.30 |

| | | |
|---|---|---|
| | William E. Huml | 1.90 |
| | Ronda Landry | 9.50 |
| FZ6162 | Karen Kolb | 6.50 |
| | Total: | 17.90 |

**EXHIBIT A**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**GENERAL ADMINISTRATION**

| Staff | Date | Description of work performed | Hours |
|-------|------|------------------------------|-------|
| | | Ronda Landry | 8.30 |
| | | Karen Kolb | 18.20 |
| | | Total: | 26.50 |

FP1378

# EXHIBIT B

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|
| Kolb,Karen | 06/01/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/01/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.20 |
| Landry,Ron | 06/01/2011 | Discuss with D. Storer the follow up questions from Grant Thornton; send email accordingly | 0.30 |
| Landry,Ron | 06/01/2011 | Review and sign checks issued for week ending 6/4/11 | 0.20 |
| Landry,Ron | 06/02/2011 | Follow up with Grant Thornton on the approval of the budgets; send copy of payroll journal entry | 0.10 |
| Kolb,Karen | 06/02/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.20 |
| Kolb,Karen | 06/02/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 06/03/2011 | Prepare analysis of all post-petition payments made to Anglo Irish through Yardi and exported to Excel; email to Debtor for review | 0.30 |
| Landry,Ron | 06/03/2011 | Update variance reporting to include the 6/4 budget (not approved), but needed due to having the payroll and utilities approved | 0.30 |
| Landry,Ron | 06/06/2011 | Prepare variance report for week ending 6/4; email to Debtor for approval | 0.40 |
| Landry,Ron | 06/06/2011 | Set up new variance report to include full 13-week approved budget; update spreadsheet for check processing for week ending 6/11 | 0.50 |
| Landry,Ron | 06/06/2011 | Review and sign payable checks for week ending 6/11 | 0.20 |
| Kolb,Karen | 06/06/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/06/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 1.00 |
| Kolb,Karen | 06/07/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.10 |
| Landry,Ron | 06/07/2011 | Review variance report for week ending 6/11 and update cash receipts accordingly; send to Grant Thornton pursuant to their email requesting information on the variances for week ending 6/4 | 0.30 |
| Kolb,Karen | 05/09/2011 | Balance variance reports to cash spreadsheets for week ending 6/11/11 | 0.20 |
| Kolb,Karen | 06/09/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.50 |
| Landry,Ron | 06/09/2011 | Review and send the variance reporting for week ending 6/11/11; set up new variance Excel spreadsheet for next week | 0.40 |
| Kolb,Karen | 06/13/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.50 |
| Kolb,Karen | 06/13/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 06/14/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/14/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Kolb,Karen | 06/15/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/17/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/17/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.10 |
| Kolb,Karen | 06/17/2011 | Balance variance reports to cash spreadsheets for week ending 6/18/11 | 0.20 |

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|
| Kolb,Karen | 06/17/2011 | Review all weekly payable invoices and post in the system | 0.20 |
| Kolb,Karen | 06/20/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.90 |
| Landry,Ron | 06/20/2011 | Review and sign payment checks for week ending 6/25 | 0.20 |
| Landry,Ron | 06/20/2011 | Respond to questions raised by Grant Thornton on minor variances for week ending 6/18 | 0.20 |
| Landry,Ron | 06/20/2011 | Review variance report for week ending 6/18 and set up new worksheet for variance reporting for week ending 6/25 | 0.60 |
| Kolb,Karen | 06/20/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/21/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/21/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.20 |
| Kolb,Karen | 06/23/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.10 |
| Kolb,Karen | 06/23/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/23/2011 | Balance variance reports to cash spreadsheets for week ending | 0.40 |
| Landry,Ron | 06/27/2011 | Update, review and send the variance report for week ending 6/25 | 0.30 |
| Landry,Ron | 06/27/2011 | Issue payable checks in accordance with the budget for week ending 7/2; update variance report | 0.80 |
| Landry,Ron | 06/28/2011 | Issue check pulling excess funds out of First Commonwealth to be deposited into the reserve account at Private Bank | 0.30 |
| Kolb,Karen | 06/29/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 06/29/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Landry,Ron | 06/30/2011 | Respond to Grant Thornton questions on the variance report for week ending 6/25 | 0.30 |
| Kolb,Karen | 07/01/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 07/01/2011 | Set up new variance reporting template to take budget to the end of the year as requested by Debtor | 0.40 |
| Landry,Ron | 07/05/2011 | Review variance report for week ending 7/2; sent to Debtor for review | 0.30 |
| Landry,Ron | 07/05/2011 | Prepare/write checks for week ending 7/9 accordingly to the weekly budget; update variance report accordingly | 0.70 |
| Landry,Ron | 07/06/2011 | Email manager, B. Michael, regarding the check that accidentally was mailed to referral instead of property | 0.10 |
| Kolb,Karen | 07/06/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/07/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 07/07/2011 | Complete template for the budget taking it to 12/31/11; insert those estimated calculations that are stipulated in the Term Sheet; email to manager, D. Storer and Debtor | 0.70 |
| Kolb,Karen | 07/07/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.20 |

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|
| Kolb,Karen | 07/07/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.20 |
| Kolb,Karen | 07/08/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/08/2011 | Balance variance reports to cash spreadsheets for week ending 7/9/11 | 0.40 |
| Landry,Ron | 07/11/2011 | Review and send variance reports for week ending 7/9 | 0.40 |
| Kolb,Karen | 07/12/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.60 |
| Landry,Ron | 07/12/2011 | Initiate payment checks to fund the reserve account from excess in operating account | 0.30 |
| Landry,Ron | 07/12/2011 | Initate MATR wire transfer for week ending 7/16; update variance report accordingly | 0.20 |
| Landry,Ron | 07/12/2011 | Review and sign payment checks for week ending 7/16; review variance report to verify compliance with budget | 0.20 |
| Landry,Ron | 07/13/2011 | Revise the current working budget to include professional fees as approved by the courts; email .pdf to attorney, R. Fimoff | 0.40 |
| Kolb,Karen | 07/13/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Kolb,Karen | 07/14/2011 | Balance variance reports to cash spreadsheets for week ending 7/16/11 | 0.20 |
| Kolb,Karen | 07/14/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.20 |
| Kolb,Karen | 07/14/2011 | Review all weekly payable invoices and post in the system | 0.10 |
| Landry,Ron | 07/14/2011 | Initiate wire transfer to Robbins, Salomon & Patt; type fax request to bank | 0.20 |
| Landry,Ron | 07/15/2011 | Review variance report for week ending 7/16; set up new worksheets for week ending 7/23 | 0.30 |
| Kolb,Karen | 07/18/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/18/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 |
| Landry,Ron | 07/19/2011 | Review and sign all payment checks for week ending 7/23 | 0.20 |
| Kolb,Karen | 07/20/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.10 |
| Kolb,Karen | 07/20/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/25/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 07/25/2011 | Review all weekly payable invoices and post in the system | 0.50 |
| Kolb,Karen | 07/25/2011 | Create new variance report spreadsheets for week ending 7/30/11 | 0.50 |
| Kolb,Karen | 07/26/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 1.00 |
| Landry,Ron | 07/26/2011 | Review payments and corresponding payables; sign checks accordingly for week ending 7/30 | 0.20 |
| Kolb,Karen | 07/27/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.50 |
| Kolb,Karen | 07/28/2011 | Review all weekly payable invoices and post in the system | 0.20 |
| Kolb,Karen | 07/28/2011 | Update daily cash receipts into spreadsheets | 0.10 |

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Kolb,Karen | 07/28/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of July | 0.20 |
| Landry,Ron | 07/29/2011 | Review and send variance report for week ending 7/30; set up new worksheet for week ending 8/6 | 0.40 |
| Landry,Ron | 08/01/2011 | Per request from attorney, R. Fimoff, locate discrepancies in the Adequate Protection payments made to Anglo Irish during the post-filing period | 0.30 |
| Landry,Ron | 08/01/2011 | Review and sign all payment checks for week ending 8/6/11 | 0.20 |
| Kolb,Karen | 08/01/2011 | Transfer funds to cover checks cut out of the Manager's Operating Account; update variance report accordingly | 0.10 |
| Kolb,Karen | 08/01/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 |
| Kolb,Karen | 08/02/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 08/03/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.30 |
| Landry,Ron | 08/03/2011 | Follow up with C. Davis regarding the Sierra Liquidity payables and the reconciliation therein; call Sierra to open communication on the discrepancy | 0.20 |
| Kolb,Karen | 08/04/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.20 |
| Kolb,Karen | 08/04/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 08/04/2011 | Create the various journal entries and payments needed for the request to have Berkley & Ventana pay the professional fees for the 2241 and 5650 | 0.60 |
| Landry,Ron | 08/08/2011 | Set up new variance report worksheets for week ending 8/13 | 0.20 |
| Kolb,Karen | 08/08/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 08/08/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 |
| Landry,Ron | 08/09/2011 | Review and modify the monthly budget worksheets and the weekly budget worksheets; review with I. Djurin and make additional necessary changes | 1.50 |
| Kolb,Karen | 08/10/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Landry,Ron | 08/10/2011 | Re-work the detail analysis received from R. Fimoff of the adequate protection payments made to Anglo Irish during the Ch. 11 period; locate all discrepancies and highlight those therein | 0.60 |
| Kolb,Karen | 08/11/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 08/11/2011 | Balance variance reports to cash spreadsheets for week ending 8/13/11 | 0.30 |
| Landry,Ron | 08/12/2011 | Review and send the variance report for week ending 8/13 to Debtor; set up  new variance report worksheet for week ending 8/20 | 0.40 |
| Landry,Ron | 08/15/2011 | Review and sign checks processed for week ending 8/20/11 | 0.20 |
| Kolb,Karen | 08/15/2011 | Preparation of checks according to this week's | 0.50 |

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|
| | | budget; update variance report accordingly | |
| Kolb,Karen | 08/16/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 08/16/2011 | Review all weekly payable invoices and post in the system | 0.10 |
| Landry,Ron | 08/17/2011 | Follow up on MATR payments; send email to managers, D. Storer and B. Michael | 0.20 |
| Landry,Ron | 08/18/2011 | Work with the Debtor to update the monthly budgets; include new Legal & Professional account and recalculate mortgage interest | 0.30 |

|  |  |
|---|---|
| Ronda Landry | 15.40 |
| Karen Kolb | 17.70 |
| **Total:** | 33.10 |

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|------------------------------|-------|

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|

| | | | |
|---|---|---|---|
| | | Ronda Landry | 26.50 |
| | | Karen Kolb | 30.30 |
| | | Nancy Ryan | 1.50 |
| | | Total: | 58.30 |

FP1378