# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09 B 41755 |
| | ) | |
| VENTANA HILLS ASSOCIATES, LTD., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO WILLIAM E. HUML & CO., LTD., ACCOUNTANTS FOR DEBTOR, ALLOWANCE AND PAYMENT OF SEVENTH AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 354]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 6,600.00 | TOTAL COSTS REQUESTED: | $ 120.20 |
| TOTAL FEES REDUCED: | $ 105.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 6,495.00 | TOTAL COSTS ALLOWED: | $ 120.20 |

### TOTAL FEES AND COSTS ALLOWED: $ 6,615.20

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(13) No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date: SEP 20 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. LTD.**
**VENTANA HILLS APARTMENTS**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours | |
|---|---|---|---|---|
| Kolb, Karen | 07/28/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of July | 0.20 | |
| Landry, Ron | 07/29/2011 | Review and send variance report for week ending 7/30; set up new worksheet for week ending 8/6 | 0.40 | |
| Landry, Ron | 08/01/2011 | Per request from attorney, R. Fimoff, locate discrepancies in the Adequate Protection payments made to Anglo Irish during the post-filing period | 0.30 | |
| Landry, Ron | 08/01/2011 | Review and sign all payment checks for week ending 8/6/11 | 0.20 | |
| Kolb, Karen | 08/01/2011 | Transfer funds to cover checks cut out of the Manager's Operating Account; update variance report accordingly | 0.10 | |
| Kolb, Karen | 08/01/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 | |
| Kolb, Karen | 08/02/2011 | Update daily cash receipts into spreadsheets | 0.20 | |
| Kolb, Karen | 08/03/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.30 | |
| Landry, Ron | 08/03/2011 | Follow up with C. Davis regarding the Sierra Liquidity payables and the reconciliation therein; call Sierra to open communication on the discrepancy | 0.20 | |
| Kolb, Karen | 08/04/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.20 | |
| Kolb, Karen | 08/04/2011 | Update daily cash receipts into spreadsheets | 0.10 | |
| Landry, Ron | 08/04/2011 | Create the various journal entries and payments needed for the request to have Berkley & Ventana pay the professional fees for the 2241 and 5650 ⑬ | 0.60 | (-$105.00) |
| Landry, Ron | 08/08/2011 | Set up new variance report worksheets for week ending 8/13 | 0.20 | |
| Kolb, Karen | 08/08/2011 | Update daily cash receipts into spreadsheets | 0.10 | |
| Kolb, Karen | 08/08/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 | |
| Landry, Ron | 08/09/2011 | Review and modify the monthly budget worksheets and the weekly budget worksheets; review with I. Djurin and make additional necessary changes | 1.50 | |
| Kolb, Karen | 08/10/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 | |
| Landry, Ron | 08/10/2011 | Re-work the detail analysis received from R. Fimoff of the adequate protection payments made to Anglo Irish during the Ch. 11 period; locate all discrepancies and highlight those therein | 0.60 | |
| Kolb, Karen | 08/11/2011 | Update daily cash receipts into spreadsheets | 0.10 | |
| Kolb, Karen | 08/11/2011 | Balance variance reports to cash spreadsheets for week ending 8/13/11 | 0.30 | |
| Landry, Ron | 08/12/2011 | Review and send the variance report for week ending 8/13 to Debtor; set up new variance report worksheet for week ending 8/20 | 0.40 | |
| Landry, Ron | 08/15/2011 | Review and sign checks processed for week ending 8/20/11 | 0.20 | |
| Kolb, Karen | 08/15/2011 | Preparation of checks according to this week's | 0.50 | |