UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09 B 41755 |
| | ) | |
| VENTANA HILLS ASSOCIATES, LTD., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO ROBBINS, SALOMON & PATT, LTD., ATTORNEYS FOR DEBTOR,
ALLOWANCE AND PAYMENT OF EIGHTH AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 353]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 62,208.00 | TOTAL COSTS REQUESTED: | $ 2,142.34 |
| TOTAL FEES REDUCED: | $    387.50 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 61,820.50 | TOTAL COSTS ALLOWED: | $ 2,142.34 |

TOTAL FEES AND COSTS ALLOWED:   $ 63,962.84

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(4)    **Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

(7)    **Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any

of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

## (12)   Clerical Work Not Compensable

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date:   **SEP 2 0 2011**

_____
PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/11/11 | Richard L. Gayle | Confer with Barry Glazer re: proposed loan documents. | 0.20 |
| 07/12/11 | Barry Glazer | Meeting with Richard L. Gayle, Nancy K. Kondziolka and Caroline S. Smith re structure and formation issues. | 0.50 |
| 07/12/11 | Caroline S. Smith | Meeting with Richard Gayle, Barry Glazer and Nancy Kondziolka regarding Ventana Hills merger. | 0.50 |
| 07/12/11 | Nancy Kondziolka | Meeting with Richard Gayle, Barry Glazer and Caroline Smith re: structure of reorganization. | 0.50 |
| 07/12/11 | Nancy Kondziolka | File Articles of Organization for Ventana Hills Apartments, LLC with Illinois Secretary of State, electronically. | 0.30 |
| 07/12/11 | Nancy Kondziolka | Review confirmation of filing and file stamped copy of Articles of Organization received from IL Secretary of State. | 0.30 |
| 07/12/11 | Nancy Kondziolka | Revise Articles and Plan of Merger for Ventana Hills Apartments, LLC, Ventana Hills Associates, Ltd., and Ventana Hills Phase II, L.P. | 0.40 |
| 07/12/11 | Nancy Kondziolka | Preparation of application for employer identification number electronically with the Internal Revenue Service for Ventana Hills Apartments, LLC and obtain taxpayer identification number. | 0.40 |
| 07/12/11 | Nancy Kondziolka | Receive and review Confirmation Letter from Internal Revenue Service. | 0.10 |
| 07/12/11 | Nancy Kondziolka | Amend Ohio Certificate of Merger. | 0.40 |
| 07/12/11 | Richard H. Fimoff | Court appearance re hearing on confirmation. | 0.50 |
| 07/12/11 | Richard H. Fimoff | Telephone conference with Ed Terry re role of CRO under plan of reorganization. | 0.50 |
| 07/12/11 | Richard L. Gayle | Internal meeting with Barry Glazer, Caroline S. Smith and Nancy K. Kondziolka re: reorganization of debtor and documentation required for lender's counsel. | 0.50 |
| 07/13/11 | Barry Glazer | Prepare signature block. | 0.20 |
| 07/13/11 | Barry Glazer | Telephone conference with Jason Berne re signature block, loan document issues. | 0.20 |
| 07/13/11 | Barry Glazer | Emails to Jason Berne re signature block. | 0.20 |
| 07/13/11 | Barry Glazer | Conference with Richard L. Gayle re signature block. | 0.20 |
| 07/13/11 | Nancy Kondziolka | Prepare Certificate of Merger for Pennsylvania qualified entities. | 0.50 |
| 07/13/11 | Nancy Kondziolka | Prepare Application for Foreign Qualification for Ventana Hills Apartments, LLC (IL). | 0.50 |
| 07/13/11 | Nancy Kondziolka | Electronic communication exchange with Norine Nagel of National Registered Agents, Inc. re: same. | 0.30 |
| 07/13/11 | Nancy Kondziolka | Organize documents for review and execution.   ④ ⑫ (-$124.00) | 0.80 |
| 07/13/11 | Nancy Kondziolka | Research Pennsylvania and Ohio mergers with IL limited liability company. | 1.00 |
| 07/13/11 | Richard H. Fimoff | Conference with Richard L. Gayle re loan documents and CBO issues. | 0.10 |
| 07/13/11 | Richard H. Fimoff | Conference with Richard H. Fimoff re terms of loan documents and CRO selection isues. | 0.10 |
| 07/13/11 | Richard L. Gayle | Confer with Barry Glazer re signature block. | 0.20 |
| 07/14/11 | Barry Glazer | Conference with Richard H. Fimoff re loan document status. | 0.30 |

| | | | |
|---|---|---|---|
| 07/14/11 | Richard H. Fimoff | Revise joint plan to accommodate timing issues. | 0.40 |
| 07/14/11 | Richard H. Fimoff | Conference with B. Glazer re status of open issues in loan redocumentation. | 0.30 |
| 07/14/11 | Richard H. Fimoff | Telephone conference with client re status of CRO search and discussions with Lincoln and Hilco. | 0.50 |
| 07/14/11 | Richard L. Gayle | Confer with Mr. Djurin re: CRO issue. | 0.20 |
| 07/15/11 | Richard H. Fimoff | Communicate with attorney for bank re changes to joint plan and proffer. | 0.60 |
| 07/15/11 | Richard H. Fimoff | Work on revisions to joint plan, proffer and stipulation. | 2.00 |
| 07/15/11 | Richard H. Fimoff | Telephone conference with client re changes to joint plan. | 0.20 |
| 07/18/11 | Nancy Kondziolka | Discuss status of reorganization with Caroline S. Smith. | 0.10 |
| 07/18/11 | Nancy Kondziolka | Electronic communication to Richard L. Gayle and Barry Glazer re: same. | 0.10 |
| 07/18/11 | Nancy Kondziolka | Scan and forward corporate reorganization documentation for Illinois, Pennsylvania and Ohio to Ivan and Angie Djurin with directions for execution. | 0.50 |
| 07/18/11 | Richard H. Fimoff | Communicate with attorney for bank and with accountants re discrepancy in adequate protection and prepetition payments. | 0.40 |
| 07/18/11 | Richard H. Fimoff | Work on revisions to joint plan, proffer and stipulation. | 1.00 |
| 07/18/11 | Richard H. Fimoff | Telephone conference with client re changes to affidavit in support of confirmation. | 0.30 |
| 07/18/11 | Richard H. Fimoff | Revise affidavit. | 0.30 |
| 07/18/11 | Richard H. Fimoff | Conference with Richard L. Gayle re CRO  Joint Plan and loan document issues, approval of plan. | 1.00 |
| 07/18/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: CRO and other open issues to be addressed in connection with Joint Plan and loan documents. | 1.00 |
| 07/19/11 | Barry Glazer | Telephone conference with Jason Berne re loan documents, CRO and guaranty. | 0.20 |
| 07/19/11 | Barry Glazer | Conference with Richard L. Gayle re open issues for documents. | 0.20 |
| 07/19/11 | Richard H. Fimoff | Conference with Richard L. Gayle re open isseus, and approval of Joint Plan. | 0.60 |
| 07/19/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: resolution of final open issues and approval of Joint Plan and loan documents. | 0.60 |
| 07/19/11 | Richard L. Gayle | Confer with Barry Glazer re open issues, loan documents. | 0.20 |
| 07/20/11 | Barry Glazer | Conference with Richard H. Fimoff re Guaranty issues. | 0.20 |
| 07/20/11 | Barry Glazer | Draft Management Agreement. | 0.50 |
| 07/20/11 | Barry Glazer | Conference with Caroline S. Smith re Management Agreement. | 0.20 |
| 07/20/11 | Barry Glazer | Review loan documents re bankruptcy issues. | 0.30 |
| 07/20/11 | Barry Glazer | Conference with Caroline S. Smith re entity documents. | 0.30 |
| 07/20/11 | Caroline S. Smith | Conference with Barry Glazer re Management Agreement. | 0.20 |
| 07/20/11 | Caroline S. Smith | Review and revise Management Agreement for Ventana Hills. | 0.50 |
| 07/20/11 | Caroline S. Smith | Conference with Barry Glazer re entity documents. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/20/11 | Caroline S. Smith | Preparation of Operating Agreement for Ventana Hills Apartments LLC. | 0.70 |
| 07/20/11 | Nancy Kondziolka | File Subchapter S Election for Ventana Hills, Inc. with the Internal Revenue Service. | 0.30 |
| 07/20/11 | Nancy Kondziolka | Collate signature pages for entity documents and organize documents for filing. | 0.30 |
| 07/20/11 | Richard H. Fimoff | Conference with Barry Glazer re Guaranty. | 0.20 |
| 07/20/11 | Richard H. Fimoff | Review Anglo revisions to joint plan, proffer of evidence, stipulation and order of confirmation, confer with Anglo attorneys re changes and revising documents. | 2.00 |
| 07/20/11 | Richard H. Fimoff | Telephone conference with client re changes to final documents and conduct of confirmation hearing. | 0.50 |
| 07/20/11 | Richard H. Fimoff | Review and revise of guaranty. | 0.80 |
| 07/20/11 | Richard H. Fimoff | Communicate with attorney for bank and client re terms of guaranty. | 0.50 |
| 07/20/11 | Richard L. Gayle | Review and modify Angie Djurin guaranty. | 0.80 |
| 07/20/11 | Richard L. Gayle | Telephone conferences with counsel for Anglo Irish and client re: same. | 1.00 |
| 07/21/11 | Marshall K. Brown | Review correspondence re entity documents. | 0.20 |
| 07/21/11 | Marshall K. Brown | Review corporate filings. | 0.20 |
| 07/21/11 | Marshall K. Brown | Review operating agreement. | 0.10 |
| 07/21/11 | Nancy Kondziolka | Electronic communication with Richard L. Gayle re: reorganization filings with appropriate states and status. | 0.30 |
| 07/21/11 | Richard H. Fimoff | Prepare for and attend confirmation hearing. | 1.70 |
| 07/21/11 | Richard H. Fimoff | Meeting with client re effect of confirmation on operations, banking, etc. | 0.50 |
| 07/21/11 | Richard H. Fimoff | Communicate with Ed Terry re status of CRO retention agreement and bank approval of same. | 0.30 |
| 07/21/11 | Richard H. Fimoff | Conference with Richard L. Gayle re Joint Plan. | 0.30 |
| 07/21/11 | Richard L. Gayle | Confer with Richard H. Fimoff re final Joint Plan. | 0.30 |
| 07/22/11 | Barry Glazer | Conference with Richard L. Gayle re loan documents. | 0.20 |
| 07/22/11 | Barry Glazer | Review loan documents. | 0.30 |
| 07/22/11 | Richard H. Fimoff | Review documentation to be completed with bank. | 0.50 |
| 07/22/11 | Richard H. Fimoff | Review Hilco retention agreement. | 0.60 |
| 07/22/11 | Richard H. Fimoff | Review North Street management agreement. | 0.50 |
| 07/22/11 | Richard H. Fimoff | Telephone conference with attorney for bank re unresolved issues, and payment of taxes and administrative claims. | 0.50 |
| 07/22/11 | Richard L. Gayle | Confer with Barry Glazer re: new loan documents and open issues. | 0.20 |
| 07/22/11 | Richard L. Gayle | Email from Jason Berne re loan documents. | 0.10 |

(handwritten annotation near row 3: "12  (-$46.50)")

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/22/11 | Richard L. Gayle | Review title issues. | 0.20 |
| 07/23/11 | Barry Glazer | Review loan documents. | 0.80 |
| 07/23/11 | Barry Glazer | Revise Management Agreement. | 0.50 |
| 07/23/11 | Barry Glazer | Draft Certificate and Resolutions. | 0.50 |
| 07/23/11 | Barry Glazer | Draft Manager's Certificate and Resolutions. | 0.50 |
| 07/23/11 | Barry Glazer | Draft title clearance documents. | 1.00 |
| 07/23/11 | Barry Glazer | Draft attorney's opinion. | 0.30 |
| 07/25/11 | Barry Glazer | Conference with Richard H. Fimoff re CRO, loan issues; | 0.70 |
| 07/25/11 | Barry Glazer | Review loan document. | 0.50 |
| 07/25/11 | Barry Glazer | Review and revise certifications. | 0.30 |
| 07/25/11 | Nancy Kondziolka | File Articles of Merger with IL Secretary of State. | 0.30 |
| 07/25/11 | Richard H. Fimoff | Office conference with B. Glazer re CRO and loan documentation terms. | 0.70 |
| 07/25/11 | Richard H. Fimoff | Telephone conference with L. Bayles re same and choosing effective date. | 0.30 |
| 07/26/11 | Barry Glazer | Review and revise Certifications and title clearance documents. | 0.50 |
| 07/26/11 | Marshall K. Brown | Review correspondence re: reorganization of entities. | 0.20 |
| 07/26/11 | Marshall K. Brown | Review Articles, Forms 2553 and FEIN letters. | 0.50 |
| 07/26/11 | Nancy Kondziolka | Compile reorganization documents, scan and forward to National Registered Agents, Inc. for pre-filing review. ⑦ ⑫ (-$77.50) | 0.50 |
| 07/26/11 | Richard H. Fimoff | Telephone conference with attorney for bank re loan documentation and approval of CRO retention agreement. | 0.50 |
| 07/26/11 | Richard L. Gayle | Telephone conferences with Bill Huml and Rhonda Landry re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.70 |
| 07/26/11 | Richard L. Gayle | Telephone conference with Angie re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.20 |
| 07/27/11 | Marshall K. Brown | Conference and correspondence with Nancy K. Kondziolka re: corporate filings. | 0.40 |
| 07/27/11 | Nancy Kondziolka | Check status of Illinois merger; communication with Norine Nagel of National Registered Agent Services, Inc. re: same. | 0.20 |
| 07/27/11 | Nancy Kondziolka | Conference with Marshall K. Brown re corporate filings. | 0.40 |
| 07/27/11 | Richard H. Fimoff | Review of statement of legal fees of attorneys for taxing authorities. | 0.30 |
| 07/27/11 | Richard H. Fimoff | Communicate with client re legal fees of attorneys for taxing authorities. | 0.20 |
| 07/27/11 | Richard H. Fimoff | Review of claim for taxing authorities. | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/09/11 | Nancy Kondziolka | Complete General Mandate for Angelina Djurin signature. | 0.30 |
| 08/09/11 | Nancy Kondziolka | Prepare By-Laws for Ventana Hills, Inc. | 0.50 |
| 08/09/11 | Richard H. Fimoff | Revise property management agreement. | 1.00 |
| 08/09/11 | Richard H. Fimoff | Communicate with attorney for Anglo Irish bank re same. | 0.30 |
| 08/09/11 | Todd A. Bickel | Review and revise remaining loan documents. | 1.20 |
| 08/09/11 | Todd A. Bickel | Telephone conference with lender's counsel re loan documents. | 0.10 |
| 08/09/11 | Todd A. Bickel | Conference with attorney B. Glazer re original Ventana documents. | 0.30 |
| 08/09/11 | Todd A. Bickel | Draft Opinion letter. | 0.10 |
| 08/10/11 | Nancy Kondziolka | Obtain Certificates of Good Standing for Ventana Hills Apartments, LLC, Ventana Hills, Inc. | 0.50 |
| 08/10/11 | Nancy Kondziolka | Obtain certified copies of Articles of Organization and Articles of Incorporation for Ventana entities. | 0.50 |
| 08/10/11 | Nancy Kondziolka | Organize closing documents.  ④ ⑫ ( – #62.00 ) | 0.40 |
| 08/10/11 | Nancy Kondziolka | Follow up re: status of Pennsylvania merger | 0.10 |
| 08/10/11 | Todd A. Bickel | Provide comments to lender's revisions to loan documents; | 0.80 |
| 08/10/11 | Todd A. Bickel | Emails to lender's counsel. | 0.30 |

| | |
|---|---|
| BG | 18.40 |
| CSS | 4.20 |
| MKB | 18.80 |
| NK | 27.20 |
| RHF | 62.40 |
| RLG | 19.90 |
| TAB | 12.70 |
| TOTAL: | 163.60 |