IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| VENTANA HILLS ASSOCIATES, LTD. ) | |
| an Ohio limited partnership, and VENTANA ) | Case No. 09-41755 |
| HILLS PHASE II, L.P., an Ohio limited ) | Hon. Pamela S. Hollis |
| partnership ) | (substantively consolidated) |
| ) | |

## FINAL DECREE

The estate of the above-named debtors have been fully administered.

The deposit required by the plan has been distributed.

Reorganized Debtor has paid to the U. S. Trustee all outstanding fees

**IT IS THEREFORE ORDERED THAT:**

1. _____Not Applicable_____
   *(Name of Trustee)*

is hereby discharged as trustee of the estate of the above named debtor and the bond is canceled.

2. The confirmed Plan of Reorganization having been substantially consummated, this Chapter 11 case of the above-named debtors is closed.

Dated: SEP 20 2011          ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

Order prepared by:
Richard H. Fimoff (# 804886)
Robbins, Salomon,& Patt, Ltd.
25 East Washington Street-Suite 1000
Chicago, Illinois 60602
(312) 782-9000